# Sealed Exhibits A-F