# EXHIBIT G

**Pedro Henrique**

| | |
|---|---|
| **De:** | Pedro Henrique |
| **Enviado em:** | quinta-feira, 11 de março de 2004 11:43 |
| **Para:** | fadel.fadel@wartsila.com |
| **Cc:** | 'suzana.lopes@wartsila.com'; AHLERS - GHENT (Jan Peeters); NRI (Norsul Rio); Hermes Alves |
| **Assunto:** | RLB 76 SEALING RING(R 23102) - PO + DELIVERY INSTRUCTIUONS - GEMAT 0271/04 |
| **Prioridade:** | Alta |

```
COMPANHIA DE NAVEGAÇÃO NORSUL
GEMAT 0271/04              MAR / 11TH

TO: WARTSILA
ATTN: MR. FADEL

RE: M/V NORSUL RIO
```

# TOP URGENT***TOP URGENT***TOP URGENT***

```
Dear Sir,

As per our telcon we are approving your offer for 06 pieces of
sealing ring(R23102)for sulzer 6rlb 76 main engine total amount eur
900,00, please despatch urgent to our agent in Ghent (Belgium),M/V
Norsul Rio eta Mar 13th ets Mar 17th .
```

Hereby Agent full style for M/V Norsul Rio in Ghent:

Consignee:
Master of M/V Norsul Rio
C/O Ahlers Bridge n.v.
Port Arthurlaan 40
B-9000 Ghent
Belgium

Tel 24/24 hrs + 32 9 370 85 47
fax          + 32 9 259 17 04
e-mail : shipping@debaerdemaecker.com

manager agency dept. Mr. Marnix Niemegeers

boarding clerks :

Mr. Coone Carlo mobile + 32 495 51 44 13
Mr. La Force Didier mobile + 32 495 24 73 01

```
Best Regards  / Pedro Henrique
Purchase Dept.
Ph:+55 21 2508 0573(direct)
Fax:+55 21 2221 6058
```

11/3/2004



Page 1

## WÄRTSILÄ

Wärtsilä Switzerland Ltd.

ACKNOWLEDGEMENT OF ORDER     3.267.402

Date: 11/03/2004

**Your Reference:**
GEMAT 0271/04

**Our Reference:**
5423-0102

**Consignee:**

**Buyer:**
CIA DE NAVEGAÇÃO NORSUL
Av. Augusto Severo, 8 - 6º  andar - centro
20021-040     Rio de Janeiro            RJ
33.127.002/0002-86

**Net weight:**

**Terms of delivery:**
FCA Amsterdam Airport (Inc. 2000)

**Marks:**
NORSUL RIO
6RLB76 - 6609
5423-0102 / 3.267.402
GEMAT 0271/04

**Description of Goods:**
Spare parts for diesel engine

**Terms of payment:**
Bank transfer 30 days net

**General Condition of Supply:**

**Time of delivery:**
TOP URGENT

Prices in EUR

| Line | Code | Description | Unit Price | Qty | Amount |
|---|---|---|---|---|---|
| 0001 | R 23102 | SEALING RING,3-SEGM.(PISTON ROD-) | 150,00 | 6 | 900,00 |
| | | **Total Goods** | | | **900,00** |
| | | FCA charges | | | 54,00 |
| | | **Total Amount**   FCA Amsterdam Airport (Inc. 2000) | | EUR | 954,00 |



# WÄRTSILÄ

**invoice** No.   1152013   A/C:   4651020

Wärtsilä Switzerland Ltd

Date:   16.03.2004                                                                  Page:   1

Cia. De Navegacao Norsul
Rua Augusto Severo 8-6 andar Centro
BR-20021-040 Rio de Janeiro / RJ

**Service, Parts Sales and Reconditioning**

| | |
|---|---|
| Official: | DE DONNO Costantina |
|  | Americas Srvc. Sales |
| Fax: | +4152 262 07 22 |
| Phone: | +4152 262 25 27 |

| Order No: | Issued: | Delivered: |
|---|---|---|
| 003267402 | 11.03.04 | 11.03.04 |

**Your Reference:**
GEMAT 0271/04, PHONE MR.P. HENRIQUE

**Installation:**
NORSUL RIO

**Your Communication:**
5423-0102

| Engine Type: | No: |
|---|---|
| 06RLB 76 | 751 |

|  |  | EUR |
|---|---|---|
| Total items, as per attached page(s) |  | 900.00 |
| Insurance |  | 4.00 |
| Courier charges |  | 53.00 |
|  |  | 957.00 |
| VAT   W2   .00 %   of   957.00 |  | .00 |
| Grand Total   CIP GHENT, IT 2000 |  | 957.00 |
|  |  | =============== |

**VAT/ID-No:**
Lieferung oder Dienstleistung im Ausland erbracht
**Enclosure:**

**Copy to:**
WBR

**When paying, please indicate No. Invoice and A/C**

Payments:
Credit Suisse, CH-8401 Winterthur, A/C No. 714 744
Swift Code CRESCHZZ84A

UBS, CH-8401 Winterthur, A/C No. 270 175
Swift Code UBSWCHZH84A

Yours faithfully
Wärtsilä Switzerland Ltd
Service, Parts Sales and Reconditioning

**Terms of payment:**
100 % AGAINST SHIPPING DOCUMENTS

Wärtsilä Switzerland Ltd
Wärtsilä Schweiz AG
Wärtsilä Suisse SA

PO Box 414
CH-8401 Winterthur
Switzerland

VAT Register-No:   229 218
Claims are admitted only within 14 days after receipt of the
goods. Packing is not returnable.

DASSRD#1



invoice   No.   1152013      A/C:   4651020

**Wärtsilä Switzerland Ltd**

Service, Parts Sales and Reconditioning

| Specifications to Invoice: | | | | Date: 16.03.2004 | | Page: 2 |
|---|---|---|---|---|---|---|
| Item | Ref | Qnty | Part Code<br>Description / Remarks | | Unit Price<br>EUR | Total Item<br>EUR | VAT |
| 100 | | 6.00 | R 23102<br>SEALING RING,3-SEGM.(PISTON ROD-) | | 150.00 | 900.00 | W2 |
| | | | Total items | | | 900.00 | |

88 15.77.40 - WCH/VIL02

DASSRD#5



# advice note



CIA. DE NAVEGACAO NORSUL
RUA AUGUSTO SEVERO, 8 - 6° ANDAR

BR 20021-040 RIO DE JANEIRO / RJ
BRAZIL

DELIVERY DATE: 11.03.04

DISPATCHED BY TNT-GLOBAL EXPRESS, PREPAID, CONSIGNED TO
AHLERS BRIDGE N.V., GHENT / BELGIUM

AIRWAYBILL-NO.   GE 303474326 WW

INSURANCE COVERED BY US.

1- WBR, ATTN. SUZANA LOPES

| Anzahl Nombre Number of cases | Verzeichnis Specification Particulars | Nettogewicht Poids net Net weight kg | Bruttogewicht Poids brut Gross weight kg |
|---|---|---|---|
| | **BNo. 3267402**<br><br>SPARE PARTS FOR DIESEL ENGINE TYPE 06RLB 76 NR 751<br>*** PACKED EX BONDED STOCK MOERDIJK ***<br><br>WÄRTSILÄ SWITZERLAND LTD.           1 FIBREBOARD BOX<br>MV"NORSUL RIO"                                   31 x 22 x 22 cms<br>5423-0102<br>GEMAT 0271/04<br>SHIP'S SPARES IN TRANSIT<br>GHENT / BELGIUM<br>3267402 | | |
| 6 | SEALING RING,3-SEGM.(PISTON ROD-)<br>  300x260x22<br>R 23102<br>ITEM NO.: 00100<br><br>DC | 20,4<br>========= | 20,8<br>========= |

Wärtsilä Switzerland Ltd          PO Box 414                 Tel. +41 52 262 49 22
Wärtsilä Schweiz AG              CH-8401 Winterthur    Fax +41 52 262 07 23
Wärtsilä Suisse SA                  Switzerland                 e-mail: costantina.dedonno@wartsila.com