# EXHIBIT H

4.MAR.2004  10:03    HTS HAMBURG 49 40 31783044                    NR.654    S.3

 **Hamburger Technik Service GmbH** 

HTS - Hamburger Technik Service GmbH

Schilfstraße 12 · 20457 Hamburg - Germany     <UST.-IdNr. DE118568661>
Tel: 040/31 68 50 - 27  · Fax: 040/31 68 51 ·    e-mail: hts@hts-hamburg.de

Date: 04.03.04

To    : COMPANHIA DE NAVEGACAO NORSUL

Att.  : Sr. Pedro Henrique
Vessel: "NORSUL TUBARAO"
From  : V. Fernandes
Ref.  : Your ref.: GEMAT 241/04          Our Qtn.:H03107vf

| Pos | Code no. | Qty. | Unit | | EUR/each | EUR total |
|-----|----------|------|------|------------------------------------|----------|-----------|
|     |          |      |      | for Sulzer M/E 5 RLB 56            |          |           |
|     |          |      |      | ================================== |          |           |
| 1   |          | 3    | pcs  | Cylinder Liner Multilevel<br>P-21401 | 7000.00 | 21000.00 |
|     |          |      |      | ADDITIONAL WE OFFER               |          |           |
|     |          |      |      | ================================== |          |           |
| 2   |          | 3    | pcs  | Joint between cylinder cover and<br>liner<br>P-21410 | 15.80 | 47.40 |
| 3   |          | 6    | pcs  | Rubber ring for water guide<br>Jacket<br>P-21411 | 14.00 | 84.00 |
| 4   |          | 18   | pcs  | Rubber ring for cylinder liner<br>P-21412 | 11.50 | 207.00 |
| 5   |          | 24   | pcs  | Lubricating quill (non return<br>valve complete  (21551-21556))<br>P-21550 | 91.00 | 2184.00 |

| | Total | | EUR | 23522.40 |
|--|-------|--|-----|----------|

Price    : exworks unpacked, EUROPE
Del. time : stock
Subject unsold
Validity  : 03.05.04

Best regards

HTS Hamburger Technik Service GmbH

V. Fernandes



**Pedro Henrique**

| | |
|---|---|
| **De:** | Pedro Henrique |
| **Enviado em:** | quinta-feira, 11 de março de 2004 11:59 |
| **Para:** | 'hts@mediascape.de' |
| **Cc:** | AHLERS - GHENT (Jan Peeters); NRI (Norsul Rio); Hermes Alves |
| **Assunto:** | RLB 76 SPARES - PO + DELIVERY INSTRUCTIUONS - GEMAT 0271/04 |
| **Prioridade:** | Alta |

```
COMPANHIA DE NAVEGAÇÃO NORSUL
GEMAT 0272/04              MAR / 11TH

TO: HTS
ATTN: MR. FERNANDES

RE: M/V NORSUL RIO
    RLB 76 SPARES ( GUIDE RING CPL ON GLAND BOX AND TENSION
SPRINGS)
```

## TOP URGENT***TOP URGENT***TOP URGENT***

```
Dear Sir,

As per our telcon we are approving your offer(H12649vf from Mar
11th )for for sulzer 6rlb 76 main enginespares total amount eur
1597,20, please despatch urgent to our agent in Ghent (Belgium),M/V
Norsul Rio eta Mar 13th ets Mar 17th .
```

Hereby Agent full style for M/V Norsul Rio in Ghent:

Consignee:
Master of M/V Norsul Rio
C/O Ahlers Bridge n.v.
Port Arthurlaan 40
B-9000 Ghent
Belgium

Tel 24/24 hrs + 32 9 370 85 47
fax          + 32 9 259 17 04
e-mail : shipping@debaerdemaecker.com

manager agency dept. Mr. Marnix Niemegeers

boarding clerks :

Mr. Coone Carlo mobile + 32 495 51 44 13
Mr. La Force Didier mobile + 32 495 24 73 01

```
Best Regards  / Pedro Henrique
Purchase Dept.
Ph:+55 21 2508 0573(direct)
```

11/3/2004

*146/04*

# HTS Hamburger Technik Service GmbH



HTS Hamburger Technik Service GmbH · Schilfstraße 12 · 20457 Hamburg

COMPANHIA DE NAVEGACAO NORSUL

Av.Augusto Severo 8, 6th Floor

20021 Rio de Janeiro

Brasil



Branch Offices in:

 Poland

 Japan (Kobe)

 Russia (Murmansk)

 Korea (Pusan)

| Your letter | Your ref. | Our ref. | Date |
|---|---|---|---|
| "NORSUL RIO" | | 040834-1 | 23.03.04 |

**INVOICE No.**     40801

| Pos. | Code no. | Qty. | Unit | | each | total |
|---|---|---|---|---|---|---|
| | | | | *271/04*<br>Order no.: GEMAT ~~825/03~~ | | |
| | | | | for Sulzer RLB 76<br>Srl.no.: IMS 281<br>================================= | | |
| 1 | | 6 | pcs | Guide ring cpl. on gland box<br>R 23103 | 236.00 | 1416.00 |
| 2 | | 12 | pcs | Tension spring for scraper<br>ring<br>R 23125 | 4.00 | 48.00 |
| 3 | | 12 | pcs | Tension spring for clamps<br>R 23126 | 4.35 | 52.20 |
| 4 | | 18 | pcs | Tension spring for oil scraper<br>R 23127 | 4.50 | 81.00 |
| | | | | | | USD *1.935,81* |
| | | | | Packing and transport<br>================================= | | |
| 5 | | 1 | x | Packing/Handling/Fob Costs | 35.00 | 35.00 |
| 6 | | 1 | x | Freight charges to Ghent<br>special Car | 520.00 | 520.00 |
| | | | | | | USD *672,66* |
| | | | | | | 2152.20 |
| | | | | invoice amount   in Euro | | 2152.20 |
| | | | | invoice amount   in DM | | 4209.34 |
| | | | | Payment: within 30 days net cash | | ========= |

*202.411 - MCP CAMDEN*

MICROSIGA

VENC 23 /04 /04

*05/04/04*

LANÇADO    VISTO

VISTO GEMAT

VISTO SUGEF

Geschäftsführer:
Claus Gerkens
Klaus Lüdemann
Steuer-Nr. 24/430/01398
USt.-IdNr. DE118568661

Schilfstraße 12 · 20457 Hamburg
Telefon: (040) 31 78 30-0
Telefax: (040) 31 68 51
e-mail: hts@hts-hamburg.de

Bankkonten:
Vereins- und Westbank (BLZ 200 300 00) Kto.Nr. 1004 555
Dresdner Bank (BLZ 200 800 00) Kto.Nr. 01 239 338 00
Deutsche Bank (BLZ 200 700 00) Kto.Nr. 663 563 501

Handelsregister
Hamburg HRB 41333
Erfüllungsort und
Gerichtsstand ist Hamburg.

## Payment 090944117000MF70 Details

| | |
|---|---|
| Preformat Code | HTS |
| Debit Account Number | 36178599 |
| Account Currency | USD |
| Account Name | COMPANHIA DE NAVEGACAO NORSUL |
| Payment Currency | EUR |
| Payment Amount | 2,723.50 |
| Payment Method | Cross Border Funds Transfer |
| Payment Type | Corporate Cross Border Funds Transfer |
| Transaction Reference Number | 090944117000MF70 |
| Confidential | No |
| Company Name / Address | COMPANHIA DE NAVEGACAO NORSUL<br>AV AUGUSTO SEVERO<br>RIO DE JANEIRO<br>RJ 20021-040 |
| Equivalent Currency | USD |
| Equivalent Amount | 3,238.79 |
| Ordering Party ID Type | |
| Ordering Party ID | |
| Ordering Party Name / Address | COMPANHIA DE NAVEGACAO NORSUL |
| Value Date | 04/28/2004 |
| Beneficiary Account or Other ID Type | /ACCT/ |
| Beneficiary Account or Other ID | 1004555 |
| Beneficiary Name / Address | HAMBURGER TECHNIK SERVICE GMBH |
| Beneficiary Country Code | DE |
| Beneficiary Country Name | GERMANY |
| Beneficiary Bank Routing Method | GERMAN BANKLEITZAHL |
| Beneficiary Bank Routing Code | 20030000 |
| Beneficiary Bank Name / Address | VEREINS- UND WESTBANK<br><br>GROSSHANSDORF, GERMANY |
| Bank Details | |
| Payment Details | |
| Memo Details | |
| Customer Reference Number | |
| Charges Indicator | Our |
| Submitted By | MARCIA LIMA |
| Submission Date/Time | 04/26/2004 11:20:38 |
| Status | CB Accepted |
| Sub-Status | |

**GRANEL**
SIGA/FINR150/v.AP6 6.09
Hora...: 10:23:24

Posicao dos Titulos a Pagar em Tx. US Dolar - Por Numero - Anai:

| Codigo-Nome do Fornecedor | PRF-Numero Parcela | Tp | Natureza | Data de Emissao | Vencto Titulo | Vencto Real | Valor Original | Titulos vencidos Valor nominal | Valor corrigido | Titulos a vencer Valor nominal | Porta-dor | Vlr.juros ou permanencia | Dias Atraso | Historico(Ve |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| F0635 -HTS | -40801 -1 | PR | 202411 | 23/03/04 | 26/04/04 | 26/04/04 | 1.935,81 | | | 1.935,81 | | | | MAT MBC MCP |
| F0635 -HTS | -40801 -2 | PR | 202503 | 23/03/04 | 26/04/04 | 26/04/04 | 672,66 | | | 672,66 | | | | FRETES/CARRE |
| F0635 -HTS | -40835 -1 | PR | 202411 | 24/03/04 | 26/04/04 | 26/04/04 | 644,09 | | | 644,09 | | | | MAT MBC MCP |
| F0635 -HTS | -40835 -2 | PR | 202503 | 24/03/04 | 24/04/04 | 26/04/04 | 48,49 | | | 48,49 | | | | FRETES/CARRE |
| T O T A L   G E R A L ----> (4 MOVIMENTACOES) | | | | | | | 3.301,05 | 0,00 | 0,00 | 3.301,05 | | 0,00 | | |

€ 2.723,50.

Hora T

microsiga