# EXHIBIT I

**Pedro Henrique**

| | |
|---|---|
| **De:** | Pedro Henrique |
| **Enviado em:** | sexta-feira, 5 de março de 2004 10:59 |
| **Para:** | 'hts@mediascape.de' |
| **Assunto:** | PURCHASE ORDER - M/V NORSUL TUBARÃO - GEMAT 0241/04(YRS H03107vf) |
| **Prioridade:** | Alta |

```
COMPANHIA DE NAVEGAÇÃO NORSUL
GEMAT 0241/04                MAR / 05TH

TO: HTS
ATTN: MR. FERNANDES

RE: M/V NORSUL TUBARÃO
    SULZER 5RLB 56 MAIN ENGINE
```

## TOP URGENT*** TOP URGENT*** TOP URGENT***

```
Dear Sir,

Based on your telcon with Mr. Carloni, we are approving your offer
(H03107vf) for our GEMAT 0241/04 amount eur 23522,40 3% off
reverting a new total amount eur 22816,73, please confirm the
receipment of this of this order, the shipping isntructions will be
send sooner.

Best Regards  / Pedro Henrique
Purchase Dept.
Ph:+55 21 2508 0573(direct)
Fax:+55 21 2221 6058
email: pedro.henrique@norsul.com
```

5/3/2004

**Pedro Henrique**

**De:** Pedro Henrique
**Enviado em:** sexta-feira, 5 de março de 2004 11:04
**Para:** 'hts@mediascape.de'
**Assunto:** DELIVERY INSTRCTIONS - CYLINDER LINERS RLB 56 - M/V NORSUL TUBARÃO - 0241/04
**Prioridade:** Alta

```
COMPANHIA DE NAVEGAÇÃO NORSUL
GEMAT 0241/04                   MAR / 05TH

TO: HTS
ATTN: MR. FERNANDES

RE: M/V NORSUL TUBARÃO
    SULZER 5RLB 56 MAIN ENGINE
```

**TOP URGENT*** TOP URGENT*** TOP URGENT***

```
Dear Sir,

PLEASE DESPATCH TWO(2) CYLINDER LINERS URGENT BY REGULAR AIRFREIGHT
TO RIO AND SEND WITH THE MAWB THE ORIGINAL INVOICE AND THE PACKING
LIST,SEND US THE COPIES BY FAX OR EMAIL:

CONSIGNEE:
MASTER OF M/V NORSUL TUBARÃO
C/O Companhia de Navegação Norsul
AV AUGUSTO SEVERO, 8-6 ANDAR
CENTRO- RIO DE JANEIRO-RJ
CEP.: 20021-040 BRASIL
33.127.002/0002-86

Best Regards  / Pedro Henrique
Purchase Dept.
Ph:+55 21 2508 0573(direct)
Fax:+55 21 2221 6058
email: pedro.henrique@norsul.com
```

5/3/2004

# HTS Hamburger Technik Service GmbH



HTS Hamburger Technik Service GmbH · Schiffstraße 12 · 20457 Hamburg

COMPANHIA DE NAVEGACAO NORSUL

Av. Augusto Severo 8, 6th Floor

20021 Rio de Janeiro
CEP: 20021-040
Brasil

33.127.002/0002-86



Branch Offices in:

 Poland

 Japan (Kobe)

 Russia (Murmansk)

 Korea (Pusan)

| Your letter | Your ref. | Our ref. | Date |
|---|---|---|---|
| "NORSUL TUBARAO" | | 040789-1 | 08.03.04 |

**INVOICE No.** 40645

| Pos. | Code no. | Qty | Unit | | each | total |
|---|---|---|---|---|---|---|
| | | | | We delivered according to your order GEMAT 0241/04 for M/V "NORSUL TUBARAO" the following items: | | |
| | | | | For Sulzer M/E 5 RLB 56 ================================ | | |
| 1 | | 2 | pcs | Cylinder Liner Multilevel P-21401 | 6790.00 | 13580.00 |
| 2 | | 2 | pcs | Joint between cylinder cover and Liner P-21410 | 15.30 | 30.60 |
| 3 | | 4 | pcs | Rubber ring for water guide Jacket P-21411 | 13.58 | 54.32 |
| 4 | | 12 | pcs | Rubber ring for cylinder liner P-21412 | 11.16 | 133.92 |
| 5 | | 12 | pcs | Lubricating quill (non return valve complete (21551-21556)) P-21550 | 88.27 | 1059.24 |
| 6 | | 2 | x | mounting of tubes and dowels | 650.00 | 1300.00 |
| | | | | Packing and transport ================================ | | |
| 7 | | 1 | x | Packing/Handling/FOB Costs | 598.00 | 598.00 |
| 8 | | 1 | x | Freight Charges | 19837.40 | 19837.40 |

Geschäftsinhaber:
Claus Gerkens
Klaus Lüdemann
Steuer-Nr. 24/439/01308
USt-IdNr. DE 185636661

Schiffstraße 12 · 20457 Hamburg
Telefon: (040) 2 **over**
Telefax: (040) 31 68 51
e-mail: hts@hts-hamburg.de

Bankkonten:
Vereins- und Westbank (BLZ 200 300 00) Kto.Nr. 1004 555
Dresdner Bank (BLZ 200 800 00) Kto.Nr. 01 259 338 00
Deutsche Bank (BLZ 200 700 00) Kto.Nr. 063 563 301

Handelsregister
Hamburg HRB 36593.48
Erfüllungsort und
Gerichtsstand ist Hamburg

 **Hamburger Technik Service GmbH** 

Page ....2.... to Invoice No.    40645

| Pos. | Code no. | Qty. | Unit | | each | total |
|---|---|---|---|---|---|---|
| | | | | Over | | 36593.48 |
| | | | | | | 36593.48 |
| | | | | invoice amount   in Euro | | 36593.48 |
| | | | | invoice amount   in DM | | 71570.63 |
| | | | | Payment: within 30 days net cash | | ======== |
| | | | | total: 2 cases - 3500,-kgs. | | |
| | | | | ============================= | | |
| | | | | case-no.1   1750,-kgs. 211x108x125 cm | | |
| | | | | case-no.2   1750,-kgs. 211x108x125 cm | | |

> H T S
> Hamburger Technik Service GmbH
> Schillstraße 12 - ☎ (040) 31 78 30 - 0
> Telex 2165422, Telefax (040) 31 68 51
> D - 20457 Hamburg

Geschäftsführer:
Claus Gerkens
Klaus Lüdemann
Michael Weber
USt-IdNr.DE118568661

Schillstraße 12
20457 Hamburg
Telefon: (040) 31 78 30-0
Telefax: (040) 31 68 51
e-mail hts@mediascape.de

Branch Offices in:
Japan (Kobe)
Korea (Pusan)
Russia (Murmansk)
Poland

Handelsregister
Hamburg HRB 41333
Erfüllungsort und
Gerichtsstand ist Hamburg.

