# EXHIBIT J

## Pedro Henrique

| | |
|---|---|
| **De:** | Pedro Henrique |
| **Enviado em:** | segunda-feira, 8 de março de 2004 09:35 |
| **Para:** | 'hts@mediascape.de' |
| **Cc:** | 'fernandes@mediascape.de' |
| **Assunto:** | CYLINDER LINER SULZER 5RLB 56 MAIN ENGINE - M/V NORSUL TUBARÃO - GEMAT 0241/04 |

Dear Mr Fernandes,

We want you to send the last cylinder liner to Brasil by seafreight, but we will have to take care of some details in a way of not cause problems for us, in the moment of the customs clearance, to help me with this I will need some info for you few days before the shipment of the goods in a way to let me able send this info to the customs and get the waver for this shipment.

Hereby the Request from customs before authorize the shipment.

AA) B/L number
BB) Goods full description
CC) G/W
DD) Shipper
EE) Country of Origin
FF) Loading Port
GG) Download Port
HH) Vessel
II) Vessel Owner
JJ) ETD for the Vessel

CONSIGNEE:
MASTER OF M/V NORSUL TUBARÃO
C/O Companhia de Navegação Norsul
AV AUGUSTO SEVERO, 8-6 ANDAR
CENTRO- RIO DE JANEIRO-RJ
CEP.: 20021-040 BRASIL
33.127.002/0002-86

Best Regards  / Pedro Henrique
Purchase Dept.
Ph:+55 21 2508 0573(direct)
Fax:+55 21 2221 6058
email: pedro.henrique@norsul.com

8/3/2004

26.MAI.2004  15:25   HTS LOGISTIC                    NR.931   S.3/4

# HTS Hamburger Technik Service GmbH



HTS Hamburger Technik Service GmbH · Schillstraße 12 · 20357 Hamburg

COMPANHIA DE NAVECACAO NORSUL

Av.Augusto Severo 8, 6th Floor

20021 Rio de Janeiro

Brasil



Branch Offices in:

 Poland

 Japan (Kobe)

 Russia (Murmansk)

 Korea (Pusan)

| Your letter | Your ref. | Our ref. | Date |
|---|---|---|---|
| "NORSUL TUBARAO" | | 040862-1 | 24.05.04 |

**INVOICE No.**
    41433

| Pos. | Code no. | Qty. | Unit | | each | total |
|---|---|---|---|---|---|---|
| | | | | We delivered according to your order GEMAT 0241/04 for M/V "NORSUL TUBARAO" the following items: | | |
| | | | | For Sulzer 5 RLB 56 ================================== | | |
| 1 | | 1 | pce | Cylinder liner Multilevel with sealing rings complete P-21401, 410, 411, 412 | 6966.38 | 6966.38 |
| | | | | Packing and transport ================================== | | |
| 2 | | 1 | x | Packing/Handling/FOB Costs | 298.00 | 298.00 |
| 3 | | 1 | x | Freight Charges Osaka-Hamburg-Rio | 964.08 | 964.08 |
| | | | | | | 8228.46 |
| | | | | invoice amount   in Euro invoice amount   in DM | | 8228.46 16093.47 ========= |
| | | | | Payment: within 30 days net cash | | |

26.MAI.2004  15:23    HTS LOGISTIC                          NR.931    S.1/4

 **Hamburger Technik Service GmbH**

**Schilfstr. 12, D-20457 Hamburg**

**Tel. 040-317 830-34       Fax 040-317 830 35       Telex 2 16 54 52**

Date:  Mai 26, 2004                        Time: 16:08

TELEFAX MESSAGE consisting of  4   page<s> including this cover.

To   : Companhia de Navegacao Norsul

cc.  : Tandibras, Mr.Eduardo Rios

Attn.: Mr.Pedro Henrique - Purchase Dept.

From : Rainer Ebbersmeyer

Ref. : MV"Norsul Tubarao" - 1 case cylinder liner 1536,-kgs.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

We shipped on 10.05.04 with MV"Alianca Europa" from Hamburg to

Rio de Janeiro via Sepetiba. The vessel arrive Rio on about 28.05.04.

The original B/L and Invoice sent we to Tandibras.

Many thanks and best regards

Rainer Ebbersmeyer