# EXHIBIT A

**Marine Supply Network**

Tel : +1 443 596 2358
Fax : +1 413 683 5829
E Mail : sales@globmarine.com

# QUOTE

| Date | Quote # |
|------|---------|
| 01/07/04 | MSNQ102 |

**To:** Compania De Navegacao Norsul
**Att.** Mr. Pedro Henrique

Avenida Augusto Severo 8
PO Box 15192
Brazil

| | Maker | Model | Drw No | Part No | Description | Qty | Price | Extended |
|---|-------|-------|--------|---------|-------------|-----|-------|----------|
| 1 | SULZER | RLB76 | | 76R23102 | SEALING RING | 6 | $88.33 | $529.98 |
| 2 | SULZER | RLB76 | | 76R23107 | CLAMP ON GLAND BOX | 2 | $70.00 | $140.00 |
| 3 | SULZER | RLB76 | | 76R23119 | OIL SCRAPER RING | 4 | $74.20 | $296.80 |
| 4 | SULZER | RLB76 | | 76R23120 | OIL SCRAPER RING | 3 | $74.20 | $222.60 |
| | | | | | | | Total | $1,189.38 |

**Your Re:** 263/03
**Vessel :** NORSUL SANTOS
**F.O.B :**
**Payment Terms :** PREPAYMENT 1 WEEK

01/08/04    09:36:53

Page 1

## Pedro Henrique

| | |
|---|---|
| **De:** | Pedro Henrique |
| **Enviado em:** | quarta-feira, 28 de janeiro de 2004 10:12 |
| **Para:** | 'sales@globmarine.com' |
| **Assunto:** | PURCHASE ORDER - M/V NORSUL SANTOS - 263/03 - GEMAT 0010/04 |

```
COMPANHIA DE NAVEGAÇÃO NORSUL
GEMAT 0010/04          JAN / 28TH

TO:MARINE SUPPLY NETWORK
ATTN:MR. GEORGE

RE: M/V NORSUL SANTOS - 263/03
    Shipyard:Ishibrás / Hull: N-141
    Built Year:1984 / Ex name:DoceDuna
    Ishibras-Sulzer 6 RLB76 MAIN ENGINE
    Serial number : IMS 280


Dear Mr. Yioryis,

We are approving your offer(MSNQ1020)for our GEMAT 0010/04 total amount usd
1189,38, please send us a proforma invoice with your bank details in a way to let
us able to do the payment in advance as required, and also confirm where are
these goods stocked.

Best Regards  / Pedro Henrique
Purchase Dept.
Ph:+55 21 2508 0573(direct)
Fax:+55 21 2221 6058
Mobile:+55 21 8119 7520
email: pedro.henrique@norsul.com
```

**Marine Supply Network**
Tel:   +1 443 596 2358
Fax:  +1 413 683 5829
E mail:  sales@globmarine.com

**INVOICE**

Date  01/07/04
Invoice No:  MSNQ1020

Sold To: Compania De Navegacao Norsul
Att:  Mr.Pedro Henrique

Avenida Augusto Severo 8
PO Box 15192          Brazil
Tel:  [55] 21 22924148
Fax:  [55] 21 25071547

Ship To:  M/V   NORSUL SANTOS    IN TRANSIT
C/O
Att:

Tel:
Fax:

| Maker | Model | Part No | Description | Qty | Unit Price | Ext. Price |
|-------|-------|---------|-------------|-----|-----------|-----------|
| SULZER | RLB76 | 76R23102 | SEALING RING | 6 | $88.33 | $529.98 |
| SULZER | RLB76 | 76R23107 | CLAMP ON GLAND BOX | 2 | $70.00 | $140.00 |
| SULZER | RLB76 | 76R23119 | OIL SCRAPER RING | 4 | $74.20 | $296.80 |
| SULZER | RLB76 | 76R23120 | OIL SCRAPER RING | 3 | $74.20 | $222.60 |
| | | | | | TOTAL | $1,189.38 |

Delivery:  EUROPE
Terms:  PREPAID
Order No:
SEMAT 0010/04

Please Remit to the following Account :
Account Name:   G.Giannakopoulos
Acount No:
Bank Name:   Eurobank
Bak Code:   EFG.B.GR.AA

# EXHIBIT B

# Marine Supply Network

Tel :  +1 443 596 2358
Fax :  +1 413 683 5829
E Mail :  sales@globmarine.com

## Q U O T E

| | Date | Quote # |
|---|---|---|
| | 01/22/04 | MSNQ103 |

**To:**  Compania De Navegacao Norsul
**Att.**  Mr.  Pedro Henrique
Avenida Augusto Severo 8
PO Box 15192
Brazil

| | Maker | Model | Drw No | Part No | Description | Qty | Price | Extended |
|---|---|---|---|---|---|---|---|---|
| 1 | SULZER | RLB76 | | 76R23127 | TENSION SPRING FOR OIL SCRAPER RINGS R 23119 | 18 | $6.00 | $108.00 |
| 2 | SULZER | RLB76 | | 76R23126 | TENSION SPRING FOR CLAMPS R 23107 | 12 | $6.00 | $72.00 |
| 3 | SULZER | RLB76 | | 76R23125 | TENSION SPRIN FOR SCRAPER RING 23101 | 12 | $6.00 | $72.00 |
| 4 | SULZER | RLB76 | | 76R23103 | GUIDE RING COMPLETE ON GLAN BOX | 6 | $183.33 | $1,099.98 |
| 5 | SULZER | RLB76 | | 76R23102 | SEALLING RING IN THREE PARTS COMPLETE | 6 | $71.55 | $429.30 |
| | | | | | | | **Total** | **$1,781.28** |

**Your Re:**
**Vessel :**  NORSUL RIO
**F.O.B :**  EUROPE
**Payment Terms :**  PREPAID

**Pedro Henrique**

| | |
|---|---|
| **De:** | Pedro Henrique |
| **Enviado em:** | quarta-feira, 28 de janeiro de 2004 10:05 |
| **Para:** | 'sales@globmarine.com' |
| **Assunto:** | PURCHASE ORDER - M/V NORSUL RIO - 240/03 - GEMAT 0083/04(OLD GEMAT 0825/03) |

```
COMPANHIA DE NAVEGAÇÃO NORSUL
GEMAT 0825/03          JAN / 28TH
READ( GEMAT 0083/04)

TO: MARINE SUPPLY NETWORK
ATTN:MR. YIORYIS

RE: M/V NORSUL RIO - 240/03
    Ishibras-Sulzer 6 RLB76 MAIN ENGINE
    Serial number : IMS 281
```

Dear Mr. Yioryis,

We are approving your offer(MSNQ1032)for our GEMAT 0083/04(old 0825/03) total amount usd 1781,28, please send us a proforma invoice with your bank details in a way to let us able to do the payment in advance as required, and also confirm where are these goods stocked(Europe or New Orleans) because or M/V Norsul Rio will call Pánama and Belgium after leaving Long Beach, so if we don´t have time to place them on board during Long Beach´s call will the the fourthcoming next one.

```
Best Regards  / Pedro Henrique
Purchase Dept.
Ph:+55 21 2508 0573(direct)
Fax:+55 21 2221 6058
Mobile:+55 21 8119 7520
email: pedro.henrique@norsul.com
```

**Marine Supply Network**
Tel:   +1 443 596 2358
Fax:  +1 413 683 5829
E mail:  sales@globmarine.com

# INVOICE

Date  01/22/04
Invoice No:  MSNQ1032

Sold To: Compania De Navegacao Norsul
Att:  Mr.Pedro Henrique

Avenida Augusto Severo 8
PO Box 15192                    Brazil
Tel:  [55] (21) 229-24148
Fax: [55] (21) 250-71547

Ship To: M/V  NORSUL RIO
C/O
Att.

IN TRANSIT

Tel:
Fax:

| Maker | Model | Part No | Description | Qty | Unit Price | Ext. Price |
|-------|-------|---------|-------------|-----|-----------|-----------|
| SULZER | RLB76 | 76R23127 | TENSION SPRING FOR OIL SCRAPER RINGS R 23119 | 18 | $6.00 | $108.00 |
| SULZER | RLB76 | 76R23126 | TENSION SPRING FOR CLAMPS R 23107 | 12 | $6.00 | $72.00 |
| SULZER | RLB76 | 76R23125 | TENSION SPRIN FOR SCRAPER RING 23101 | 12 | $6.00 | $72.00 |
| SULZER | RLB76 | 76R23103 | GUIDE RING COMPLETE ON GLAN BOX | 6 | $183.33 | $1,099.98 |
| SULZER | RLB76 | 76R23102 | SEALLING RING IN THREE PARTS COMPLETE | 6 | $71.55 | $429.30 |
| | | | | | TOTAL | $1,781.28 |

Delivery:  EUROPE
Terms:  PREPAID
der No:
GEMAT 0083/04

Please Remit to the following Account :
Account Name:   G.Giannakopoulos
Acount No:
Bank Name:   Eurobank
Bak Code:     EFG.B.GR.AA



*Peto no Exterior*

# EXHIBIT C

## Payment D03543184366 Details

| | |
|---|---|
| Preformat Code | |
| Debit Account Number | ▓▓▓▓▓ |
| Account Currency | USD |
| Account Name | COMPANHIA DE NAVEGACAO NORSUL |
| Payment Currency | USD |
| Payment Amount | 2,970.66 |
| Payment Method | Funds Transfer |
| Payment Type | |
| Transaction Reference Number | D03543184366 |
| Confidential | No |
| Beneficiary Reference | |
| Intra-Company | No |
| Number of Credit Parties | 2 Credit Party Transfer |
| Ordering Party Name / Address | COMPANHIA DE NAVEGACAO NORSUL ATTN-MR. CARLOS ALBERTO MOTTA AV AUGUSTO SEVERO 8-6 ANDAR 20021-040-RIO DE JANEIRO-RJ |
| Ordering Party ID Type | /ACCT/ |
| Ordering Party ID | ▓▓▓▓▓ |
| Value Date | 02/04/2004 |
| Priority Flag | No |
| Beneficiary Account or Other ID Type | /ACCT/ |
| Beneficiary Account or Other ID | ▓▓▓▓▓▓▓ |
| Beneficiary Is | Not a Bank |
| Beneficiary Name / Address | G GIANNAKOPOULOS |
| Beneficiary Advice Type | None |
| Charger Indicator | Our |
| Beneficiary Bank Routing Method | SWIFT |
| Beneficiary Bank Routing Code | EFGBGRAA |
| Beneficiary Bank Account or Other ID Type | |
| Beneficiary Bank Account or Other ID | |
| Beneficiary Bank Name / Address | EFG EUROBANK ERGASIAS S.A. 8, OTHONOS STREET ATHENS, GREECE 105 57 |
| Beneficiary Bank Advice Type | |
| First Intermediary Bank Routing Method | |
| First Intermediary Bank Routing ID | |
| First Intermediary Bank Name / Address | |
| Second Intermediary Bank Account or Other ID Type | |
| Second Intermediary Bank Account | |

02/04/2004 at 13:27:41 GMT-02:00

## Payment D03543184366 Details

| | |
|---|---|
| Or Other ID | |
| Second Intermediary Bank Advice Type | |
| Second Intermediary Bank Name / Address | |
| Payment Details | INVOICES MSNQ1020/MSNQ1032 |
| Bank Details | |
| Memo Details | |
| Submitted By | MARCIA LIMA |
| Submission Date/Time | 02/04/2004 13:29:08 |
| Status | Level 1 Authorization Required |
| Sub-Status | |

02/04/2004 at 13:27:41 GMT-02:00

# EXHIBIT D

## Pedro Henrique

| | |
|---|---|
| **De:** | Pedro Henrique |
| **Enviado em:** | sexta-feira, 13 de fevereiro de 2004 15:40 |
| **Para:** | 'sales@globmarine.com' |
| **Assunto:** | PURCHASE ORDER - SULZER 5RLB 56 MAIN ENGINE - GEMAT 0150/04 |
| **Prioridade:** | Alta |

COMPANHIA DE NAVEGAÇÃO NORSUL
GEMAT 0150/04                 FEB / 13TH

TO: MARINE SUPPLY NETWORK
ATTN: MR. YIORYIS

RE: M/V NORSUL TUBARÃO
     SULZER 5RLB 56 MAIN ENGINE

Dear Sir,

Hereby the order for the three cylinder liners, unit price exworks
USD 7571,43 total amount usd 22714,29, according to our telcon the
first will be shipped to Rio (Brazil) by airfreight, so we are
arranging the payment of the freight and 50% of the cyliner liner
in advance, after we discuss the delivery of the others two liners.
While this please arrange the two invoices I requested you one with
seafreight cost to Rio and the other without freight costs.

**HEREBY DELIVERY ADDRESS FOR FIRST LINER**
**CONSIGNEE:**
**MASTER OF M/V NORSUL TUBARÃO**
**C/O Companhia de Navegação Norsul**
**AV AUGUSTO SEVERO, 8-6 ANDAR**
**CENTRO- RIO DE JANEIRO-RJ**
**CEP.: 20021-040 BRASIL**
**33.127.002/0002-86**

Best Regards  / Pedro Henrique
Purchase Dept.
Ph:+55 21 2508 0573(direct)
Fax:+55 21 2221 6058
email: pedro.henrique@norsul.com

**Marine Supply Network**
Tel:   +1 443 596 2358
Fax:  +1 413 683 5829
E mail:  sales@globmarine.com

**INVOICE**

Date   02/13/04
Invoice No:  MSNQ1053

Sold To: Compania De Navegacao Norsul
Att:  Mr.Pedro Henrique

Avenida Augusto Severo 8
PO Box 15192            Brazil
Tel:  [55] (21) 229-24148
Fax:  [55] (21) 250-71547

Ship To:  M/V   NORSUL TUBARAO    IN TRANSIT
C/O
Att.

Tel:
Fax:

| Maker | Model | Part No | Description | Qty | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| SULZER | RLB56 | 56P21401 | CYLINDER LINER WITH SEALING RINGS AND  WITH CLASS CERTIFICATE MADE BY SULZER LICENSEE | 1 | $7,571.43 | $7,571.43 |
| | | | AIRFREIGHT FROM ROTERDAM TO BRAZIL ( RIO DE JANEIRO) 1700KG @ $4.80 PER KG | 1,700 | $4.80 | $8,160.00 |
| | | | | 1 | $0.00 | $0.00 |
| | | | | 1 | $0.00 | $0.00 |
| | | | | | TOTAL | $15,731.43 |

Delivery:  Europe,& Far East
Terms:  50% PREPAID 50% 30 DAYS
Order No:

Please Remit to the following Account :
Account Name:   G.Giannakopoulos
Acount No:
Bank Name:    Eurobank
Bak Code:      EFG.B.GR.AA

*Pagamento antecipado*
*50% + FRETE*
*USD 11945,71*

MICROSIGA
VENC  16 / 02 / 04
13/02/04
LANÇADO      VISTO

VISTO
GERAL

VISTO
GERRO

VISTO
SUGEF

**Marine Supply Network**
Tel:  +1 443 596 2358
Fax:  +1 413 683 5829
E mail:  sales@globmarine.com

**INVOICE**

Date  02/13/04
Invoice No:  MSNI1002

Sold To: Compania De Navegacao Norsul
Att: Mr.Pedro Henrique

Avenida Augusto Severo 8
PO Box 15192              Brazil
Tel: [55] (21) 229-24148
Fax: [55] (21) 250-71547

Ship To: M/V  NORSUL TUBARAO      IN TRANSIT
C/O
Att.

Tel:
Fax:

| Maker | Model | Part No | Description | Qty | Unit Price | Ext. Price |
|-------|-------|---------|-------------|-----|-----------|------------|
| SULZER | RLB56 | 56P21401 | CYLINDER LINER WITH SEALING RINGS AND  WITH CLASS CERTIFICATE MADE BY SULZER LICENSEE | 1 | $7,571.43 | $7,571.43 |
| | | | AIR FREIGHT FROM ROTERDAM TO BRAZIL ( RIO DE JANEIRO) 1700KG @ $4.80 PER KG | 1,700 | $5.04 | $8,568.00 |
| | | | | 1 | $0.00 | $0.00 |
| | | | | 1 | $0.00 | $0.00 |
| | | | | | TOTAL | $16,139.43 |

Delivery:  Europe,& Far East
Terms:  50% PREPAID 50% 30 DAYS
Order No:

ADIANTAMENTO FRETE +50% COMISA
USD 12353,71

Please Remit to the following Account :
Account Name:   G.Giannakopoulos
Account No:
Bank Name:  Eurobank
Bak Code:   EFG.B.GR.AA

**Marine Supply Network**
Tel:  +1 443 596 2358
Fax:  +1 413 683 5829
E mail: sales@globmarine.com

## INVOICE

Date  02/13/04
Invoice No:  MSNI1003

Sold To: Compania De Navegacao Norsul
Att:  Mr. Pedro Henrique

    Avenida Augusto Severo 8
    PO Box 15192          Brazil
Tel:  [55] (21) 229-24148
Fax:  [55] (21) 250-71547

Ship To: M/V  NORSUL TUBARAO    **IN TRANSIT**
C/O
Att.

Tel:
Fax:

| Maker | Model | Part No | Description | Qty | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| SULZER | RLB56 | 56P21401 | CYLINDER LINER WITH SEALING RINGS AND  WITH CLASS CERTIFICATE MADE BY SULZER LICENSEE | 1 | $7,571.43 | $7,571.43 |
|  |  |  |  | 0 | $0.00 | $0.00 |
|  |  |  |  | 1 | $0.00 | $0.00 |
|  |  |  |  | 1 | $0.00 | $0.00 |
|  |  |  |  |  | TOTAL | $7,571.43 |

Delivery:  ROTERDAM
Terms:  50% PREPAID 50% 30 DAYS
Order No:

Please Remit to the following Account :
Account Name:  G.Giannakopoulos
Acount No:
Bank Name:  Eurobank
Bak Code:  EFG.B.GR.AA

ADIANTAMENTO 50%.
USD 3785,71





MICROSIGA
VENC 17/02/03
13/02/04
LANÇADO    VISTO

VISTO
GEMBA

VISTO
GEARO

VISTO
SUGEF

**Pedro Henrique**

| | |
|---|---|
| **De:** | Pedro Henrique |
| **Enviado em:** | segunda-feira, 16 de fevereiro de 2004 18:11 |
| **Para:** | 'sales@globmarine.com' |
| **Assunto:** | DELIVERY INSTRUCTIONS 2ND CYL. LINER- SULZER 5RLB 56 MAIN ENGINE - GEMAT 0150/04 |
| **Prioridade:** | Alta |

COMPANHIA DE NAVEGAÇÃO NORSUL
GEMAT 0150/04            FEB / 16TH

TO: MARINE SUPPLY NETWORK
ATTN: MR. YIORYIS

RE: M/V NORSUL TUBARÃO
    SULZER 5RLB 56 MAIN ENGINE

Dear Sir,

Hereby the del instrctions for the 2nd cylinder liner: send it by
airfreight to Rio (Brazil), so we are arranging the payment of the
freight and 50% of the cyliner liner in advance for tomorrow,
please send me an invoice with the remain amount for the airfreight
usd 7582,50.

HEREBY DELIVERY ADDRESS FOR SECOND LINER
CONSIGNEE:
MASTER OF M/V NORSUL TUBARÃO
C/O Companhia de Navegação Norsul
AV AUGUSTO SEVERO, 8-6 ANDAR
CENTRO- RIO DE JANEIRO-RJ
CEP.: 20021-040 BRASIL
33.127.002/0002-86

Best Regards  / Pedro Henrique
Purchase Dept.
Ph:+55 21 2508 0573(direct)
Fax:+55 21 2221 6058
email: pedro.henrique@norsul.com

# EXHIBIT E

## Payment D04744334076 Details

| | |
|---|---|
| Preformat Code | MARINE SUPPLY |
| Debit Account Number | ▓▓▓▓▓ |
| Account Currency | USD |
| Account Name | COMPANHIA DE NAVEGACAO NORSUL |
| Payment Currency | USD |
| Payment Amount | 11,945.71 |
| Payment Method | Funds Transfer |
| Payment Type | |
| Transaction Reference Number | D04744334076 |
| Confidential | No |
| Beneficiary Reference | |
| Intercompany | No |
| Number of Credit Parties | 2 Credit Party Transfer |
| Ordering Party Name / Address | COMPANHIA DE NAVEGACAO NORSUL ATTN:MR. CARLOS ALBERTO MOTTA AV AUGUSTO SEVERO 8-6 ANDAR 20021-040-RIO DE JANEIRO-RJ |
| Originating Party Account or Other ID Type | /ACCT/ |
| Originating Party Account or Other ID | ▓▓▓▓▓▓▓ |
| Value Date | 02/17/2004 |
| Priority Flag | No |
| Beneficiary Account or Other ID Type | /ACCT/ |
| Beneficiary Account or Other ID | ▓▓▓▓▓▓▓▓▓ |
| Beneficiary Is | Not a Bank |
| Beneficiary Name / Address | G GIANNAKOPOULOS |
| Beneficiary Advice Type | None |
| Charges Indicator | Our |
| Beneficiary Bank Routing Method | SWIFT |
| Beneficiary Bank Routing Code | EFGBGRAA |
| Beneficiary Bank Account or Other ID Type | |
| Beneficiary Bank Account or Other ID | |
| Beneficiary Bank Name / Address | EFG EUROBANK ERGASIAS S.A. 8, OTHONOS STREET ATHENS, GREECE 105 57 |
| Beneficiary Bank Advice Type | |
| First Intermediary Bank Routing Method | |
| First Intermediary Bank Routing ID | |
| First Intermediary Bank Name / Address | |
| Second Intermediary Bank Account or Other ID Type | |
| Second Intermediary Bank Account | |

02/16/2004 at 13:46:28 GMT-03:00

## Payment D04744334076 Details

| | |
|---|---|
| Original ID | |
| First Intermediary Bank Advice Type | |
| Second Intermediary Bank Name / Address | |
| Payment Details | INVOICE MSNQ1053 |
| Sender | |
| Miscellaneous | |
| Created By | MARCIA LIMA |
| Created Date / Time | 02/16/2004 11:54:09 |
| Status | Level 1 Authorization Required |
| Sub Status | |

02/16/2004 at 13:46:28 GMT-03:00

# EXHIBIT F

# Payment D04844430850 Details

| | |
|---|---|
| | MARINE SUPPLY |
| | ▓▓▓▓▓ |
| | USD |
| Account Name | COMPANHIA DE NAVEGACAO NORSUL |
| Payment Currency | USD |
| Payment Amount | 16,139.42 |
| Payment Method | Funds Transfer |
| Payment Type | |
| Transaction Reference Number | D04844430850 |
| | No |
| | |
| | No |
| Number of Credit Parties | 2 Credit Party Transfer |
| Ordering Party Name / Address | COMPANHIA DE NAVEGACAO NORSUL<br>ATTN:MR. CARLOS ALBERTO MOTTA<br>AV AUGUSTO SEVERO 8-6 ANDAR<br>20021-040-RIO DE JANEIRO-RJ |
| Ordering Party ID Type | /ACCT/ |
| | ▓▓▓▓▓ |
| | 02/17/2004 |
| | No |
| Beneficiary Account or Other ID Type | /ACCT/ |
| Beneficiary Account or Other ID | ▓▓▓▓▓ |
| Non-Bank Ident | Not a Bank |
| Beneficiary Name / Address | G GIANNAKOPOULOS |
| Beneficiary Advice Type | None |
| Charges Indicator | Our |
| Beneficiary Bank Routing Method | SWIFT |
| Beneficiary Bank Routing Code | EFGBGRAA |
| Beneficiary Bank Account<br>or Other ID Type | |
| Beneficiary Bank Account<br>or Other ID | |
| Beneficiary Bank Name / Address | EFG EUROBANK ERGASIAS S.A.<br>8, OTHONOS STREET<br>ATHENS, GREECE<br>105 57 |
| Beneficiary Bank Advice Type | |
| First Intermediary Bank Routing Method | |
| First Intermediary Bank Routing ID | |
| First Intermediary Bank Name / Address | |
| Second Intermediary Bank Account<br>or Other ID Type | |
| Second Intermediary Bank Account | |

02/17/2004 at 12:02:35 GMT-03:00

# Payment D04844430850 Details

| | |
|---|---|
| or Other ID | |
| Credit Party / Bank Advice Type | |
| Credit Party / Bank Advice Address | |
| Payment Details | INVOICES 1002/1003 |
| Bank Details | |
| Memo Details | |
| Submitted By | MARCIA LIMA |
| Submission Date/Time | 02/17/2004 12:08:29 |
| Status | Level 1 Authorization Required |
| Signature | |

02/17/2004 at 12:02:35 GMT-03:00