AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

COMPANHIA DE NAVEGAÇÃO NORSUL

V.

MARINE SUPPLY NETWORK, LLC

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05 - 227

TO: (Name and address of Defendant)

> Marine Supply Network, LLC
> John L. Williams, Esq., Registered Agent
> Agents and Corporations, Inc.
> 1201 Orange Street, Suite 600
> Wilmington, Delaware 19899.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> Michael B. McCauley, Esq.
> PALMER BIEZUP & HENDERSON LLP
> 1223 Foulk Road
> Wilmington, DE 19803

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                    APR 1 8 2005

CLERK                                              DATE

*Evelle Watson*

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 4/25/05 @ 4:37 pm |
| NAME OF SERVER (PRINT) Michael T. O'Rourke | TITLE Special Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Served registered agent Susan McClain, 1201 Orange Street, Suite 600, Wilmington DE 19801
35 F W 5'7" 180 lbs brown hair glasses

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  04/25/2005                   *[signature]*
             Date                                         Signature of Server

                        1225 King Street
              Address of Server Suite 400
                        P.O. Box 368
                        Wilmington, DE 19899-0368

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.