# PALMER BIEZUP & HENDERSON LLP

COUNSELORS AT LAW

| | | |
|---|---|---|
| **PENNSYLVANIA**<br>620 CHESTNUT STREET, SUITE 956<br>PHILADELPHIA, PENNSYLVANIA 191063409<br>215 625 9900<br>FAX: 215 625 0185<br><br>**MARYLAND**<br>222 PRINCE GEORGE STREET, SUITE 102<br>ANNAPOLIS, MARYLAND 21401<br>410 267 0010<br>FAX: 410 267 0020<br><br>MICHAEL B. MCCAULEY<br>PARTNER<br>mccauley@pbh.com | 1223 FOULK ROAD<br>WILMINGTON, DELAWARE 19803<br><br>302 594 0895 • 302 478 7443<br>FAX: 302 478 7625<br>pbh@pbh.com | **NEW YORK**<br>140 BROADWAY, 46TH FLOOR PMB 46030<br>NEW YORK, NEW YORK 10005<br>212 406 1855<br>FAX: 212 858 7651<br><br>**NEW JERSEY**<br>200 NORTH FIFTH STREET<br>CAMDEN, NEW JERSEY 08102-1204<br>856 428 7717<br>FAX: 856 338 1008 |

29 April 2005



FILED
MAY - 2 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Office of the Clerk of Court
U.S. District Court
844 N. King Street, 4th Fl
Wilmington, DE 19801

Re: Companhia de Navegação Norsul v. Marine Supply Network, LLC
No. 05-cv-00227-~~USA~~ GMS
Our File: 1526-001

Dear Sir/Madam:

We enclose herewith a completed Acknowledgment of Receipt for AO Form 85, on behalf of plaintiff Companhia de Navegação Norsul.

Very truly yours,

PALMER BIEZUP & HENDERSON LLP

By: *[signature]*

Michael B. McCauley

MMC:lr
Enclosure

PBH: 175450.1