AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____0 5 - 2 2 7 GMS_____

## ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

### NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION



FILED
MAY - 2 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I HEREBY ACKNOWLEDGE RECEIPT OF ____/____ COPIES OF AO FORM 85.

4-18-05
(Date forms issued)

_____
(Signature of Party or their Representative)

MICHAEL B. MCCAULEY
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action