UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COMPANHIA DE NAVEGAÇÃO NORSUL, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 05-227-GMS |
| | ) | |
| vs. | ) | IN ADMIRALTY |
| | ) | |
| MARINE SUPPLY NETWORK, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ENTRY OF DEFAULT

Companhia de Navegação Norsul (Plaintiff), by and through its attorneys, hereby requests the entry of default against Marine Supply Network, LLC (Defendant), and avers as follows:

1. On April 18, 2005, Plaintiff filed a Complaint against Defendant for breach of contract, unjust enrichment, and conversion, seeking damages in the amount of $47,010.06, together with attorneys' fees, interest, costs, and other relief.

2. On April 18, 2005, the Clerk of Court issued a Summons to the Defendant, requiring it to serve on Plaintiff's counsel a response to the Complaint within twenty days after service of the Summons.

3. On April 25, 2005, service of process was effected on the Defendant by personally delivering the Summons and a copy of the Complaint to Susan McClain, c/o Agents and Corporations, Inc., Defendant's registered agent, at 1201 Orange Street, Suite 600, Wilmington, Delaware 19801.

PBH: 176023.1

4. Defendant has failed to timely serve on Plaintiff's counsel an answer or other response to the Complaint and has not requested an extension of time in which to do so. Defendant has also failed to timely file with the Court an answer or other response to the Complaint as evidenced by the docket in this proceeding.

5. Defendant is a Delaware limited liability company.

6. Because Defendant has failed to timely serve and file an answer or other response to the Complaint, Plaintiff is entitled to the entry of default in its favor and against Defendant.

WHEREFORE, Plaintiff prays that Defendant's default be entered as authorized by Federal Rule of Civil Procedure 55(a).

Respectfully submitted,

PALMER BIEZUP & HENDERSON LLP

Date: May 23, 2005

By: *[signature]*
Michael B. McCauley (ID 2416)
1223 Foulk Road
Wilmington, DE 19803
(302) 594-0895
(302) 478-7625 (fax)
Attorneys for Companhia de Navegação Norsul

PBH: 176023.1

2