UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COMPANHIA DE NAVEGAÇÃO NORSUL, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 05-227-GMS |
| | ) | |
| vs. | ) | IN ADMIRALTY |
| | ) | |
| MARINE SUPPLY NETWORK, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY OF DEFAULT**

It appears from the record that Marine Supply Network, LLC (Defendant) has failed to plead or otherwise defend in this case as required by law.

Therefore, default is entered against Defendant as authorized by Federal Rule of Civil Procedure 55(a).

_____
Clerk of Court

Date: _____    By: _____
Deputy Clerk