# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COMPANHIA DE NAVEGAÇÃO NORSUL, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 05-227-GMS |
| | ) | |
| vs. | ) | IN ADMIRALTY |
| | ) | |
| MARINE SUPPLY NETWORK, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>MOTION FOR ENTRY OF JUDGMENT BY DEFAULT</u>

Companhia de Navegação Norsul (Plaintiff), by and through its attorneys, hereby requests the entry of judgment by default against Marine Supply Network, LLC (Defendant), and avers as follows:

1.    On April 18, 2005, Plaintiff filed a Complaint against Defendant for breach of contract, unjust enrichment, and conversion, seeking damages in the amount of $47,010.06, together with attorneys' fees, interest, costs, and other relief.

2.    On April 18, 2005, the Clerk of Court issued a Summons to the Defendant, requiring it to serve on Plaintiff's counsel a response to the Complaint within twenty days after service of the Summons.

3.    On April 25, 2005, service of process was effected on the Defendant by personally delivering the Summons and a copy of the Complaint to Susan McClain, c/o Agents and Corporations, Inc., Defendant's registered agent, at 1201 Orange Street, Suite 600, Wilmington, Delaware 19801.

PBH: 176023.1

1

4.     Defendant has failed to timely serve on Plaintiff's counsel an answer or other response to the Complaint and has not requested an extension of time in which to do so. Defendant has also failed to timely file with the Court an answer or other response to the Complaint as evidenced by the docket in this proceeding.

5.     Defendant is a Delaware limited liability company.

6.     Because Defendant has failed to timely serve and file an answer or other response to the Complaint, Plaintiff is entitled to the entry of a default judgment in its favor and against Defendant for the relief requested in the Complaint.

WHEREFORE, Plaintiff prays that Judgment by Default be entered against Defendant as authorized by Federal Rule of Civil Procedure 55(b)(1), in the principal amount of $47,010.06, together with interest and costs as set forth in the attached Declaration of Michael B. McCauley, and that this Court grant all other relief as it deems proper.

Respectfully submitted,

PALMER BIEZUP & HENDERSON LLP

Date: May 23 , 2005

By:
Michael B. McCauley (ID 2416)
1223 Foulk Road
Wilmington, DE 19803
(302) 594-0895
(302) 478-7625 (fax)
Attorneys for Companhia de
Navegação Norsul

PBH: 176023.1

2