UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COMPANHIA DE NAVEGAÇÃO NORSUL, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 05-227-GMS |
| | ) | |
| vs. | ) | IN ADMIRALTY |
| | ) | |
| MARINE SUPPLY NETWORK, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### DECLARATION OF MICHAEL B. MCCAULEY IN SUPPORT OF MOTION FOR ENTRY OF JUDGMENT BY DEFAULT

MICHAEL B. MCCAULEY hereby declares as follows:

1. I am an attorney and partner in the firm of Palmer Biezup & Henderson LLP, attorneys for Companhia de Navegação Norsul (Plaintiff).

2. This Declaration is submitted in support of Plaintiff's Motion for Entry of Judgment by Default.

3. On April 18, 2005, Plaintiff filed a Complaint against Defendant for breach of contract, unjust enrichment, and conversion, seeking damages in the amount of $47,010.06, together with attorneys' fees, interest, costs, and other relief.

4. On April 18, 2005, the Clerk of Court issued a Summons to the Defendant, requiring it to serve on Plaintiff's counsel a response to the Complaint within twenty days after service of the Summons.

5. On April 25, 2005, service of process was effected on the Defendant by personally delivering the Summons and a copy of the Complaint to Susan McClain, c/o Agents and

PBH: 176023.1

Corporations, Inc., Defendant's registered agent, at 1201 Orange Street, Suite 600, Wilmington, Delaware 19801.

6. Defendant has failed to timely serve on Plaintiff's counsel an answer or other response to the Complaint and has not requested an extension of time in which to do so. Defendant has also failed to timely file with the Court an answer or other response to the Complaint as evidenced by the docket in this proceeding.

7. Defendant is a Delaware limited liability company.

8. Because Defendant has failed to timely serve and file an answer or other response to the Complaint, Plaintiff prays that Judgment by Default be entered against Defendant as authorized by Federal Rule of Civil Procedure 55(b)(1).

9. The following is a current statement of the particular items of Plaintiff's claim:

| | |
|---|---|
| Principal amount: | $47,010.06 |
| Prejudgment interest:[1] | $737.09 |
| Filing fee - Complaint: | $250.00 |
| Process server fee: | $35.00 |
| **Total sum due:** | **$48,032.15** |

---

[1]Prejudgment interest is calculated as of May 23, 2005, at a rate of 1.24% (the weekly average 1-year constant maturity Treasury yield for the week ending February 13, 2004).

PBH: 176023.1

2

10. I certify under penalty of perjury that the foregoing is true and correct.

11. Executed this 22rd day of May 2005.

Respectfully submitted,

PALMER BIEZUP & HENDERSON LLP

By: _____
Michael B. McCauley (ID 2416)
1223 Foulk Road
Wilmington, DE 19803
(302) 594-0895
(302) 478-7625 (fax)
Attorneys for Companhia de
Navegação Norsul