UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COMPANHIA DE NAVEGAÇÃO NORSUL, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 05-227-GMS |
| | ) | |
| vs. | ) | IN ADMIRALTY |
| | ) | |
| MARINE SUPPLY NETWORK, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### JUDGMENT IN A CIVIL CASE

Upon consideration of Plaintiff's Motion for Entry of Judgment by Default and the Declaration of Michael B. McCauley in Support thereof, and default having been duly entered against Marine Supply Network, LLC for failure to appear,

Judgment as authorized by Federal Rule of Civil Procedure 55(b)(1) is hereby entered in favor of Companhia de Navegação Norsul and against Marine Supply Network, LLC in the amount of $48,032.15.

_____
Clerk of Court

Date: _____     By: _____
Deputy Clerk