IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COMPANHIA De NAVEGACAO | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No.  05-227 GMS |
| | ) | |
| MARINE SUPPLY NETWORK | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

WHEREAS, on April 18, 2005, the plaintiff filed a Complaint against the above-captioned defendant;

WHEREAS, on April 29, 2005, a return of service executed as to the defendant was filed with the court;

WHEREAS, the defendant's answer to the Complaint was due on May 16, 2005, and

WHEREAS, the court's docket reflects no answer or other responsive pleading filed by the defendant;

IT IS HEREBY ORDERED that:

1. The defendant will answer or otherwise respond to the Complaint within five (5) days of the date of this Order.


Dated:  May 25, 2005          /s/ Gregory M. Sleet
                              UNITED STATES DISTRICT JUDGE