# PALMER BIEZUP & HENDERSON LLP

COUNSELORS AT LAW

**PENNSYLVANIA**
620 CHESTNUT STREET, SUITE 956
PHILADELPHIA, PENNSYLVANIA 191063409
215 625 9900
FAX: 215 625 0185

**MARYLAND**
222 PRINCE GEORGE STREET, SUITE 102
ANNAPOLIS, MARYLAND 21401
410 267 0010
FAX: 410 267 0020

MICHAEL B. MCCAULEY
PARTNER
mccauley@pbh.com

**1223 FOULK ROAD**
**WILMINGTON, DELAWARE 19803**

302 594 0895 • 302 478 7443
FAX: 302 478 7625
pbh@pbh.com

**NEW YORK**
140 BROADWAY, 46TH FLOOR PMB 46030
NEW YORK, NEW YORK 10005
212 406 1855
FAX: 212 858 7651

**NEW JERSEY**
200 NORTH FIFTH STREET
CAMDEN, NEW JERSEY 08102-1204
856 428 7717
FAX: 856 338 1008

June 9, 2005

The Honorable Gregory M. Sleet
United States District Judge
J. Caleb Boggs Federal Building
844 N. King Street
Room 4324
Lockbox 19
Wilmington, DE 19801

 Re:  Companhia de Navegação Norsul v. Marine Supply Network, LLC
   No. 05-227-GMS
   Our File: 1526-001

Dear Judge Sleet:

 We represent the Plaintiff Companhia de Navegação Norsul in the above-referenced matter.

 On April 25, 2005, the summons and complaint in this case were served on the Defendant's registered agent. The Defendant failed to answer or respond to the complaint within the time permitted by the rules, and on May 23, 2005, Plaintiff filed a Motion for Entry of Default (D.I. 7) and a Motion for Entry of Default Judgment (D.I. 8).

 On May 25, 2005, Your Honor entered an Order (D.I. 9) granting the Defendant five additional days to answer or otherwise respond to the complaint. According to the Clerk of Court, the Order was mailed to the Defendant's registered agent on the same day it was entered.

## PALMER BIEZUP & HENDERSON LLP

The Honorable Gregory M. Sleet
Re:    Companhia de Navegação Norsul
       No. 05-227-GMS
June 9, 2005
Page 2 of 2
_____


     Two weeks have now passed since the entry of Your Honor's Order, and the Defendant still has not responded to the complaint.  Accordingly, Plaintiff respectfully requests that its Motion for Entry of Default and Motion for Default Judgment be granted.


                    Respectfully submitted,

                    PALMER BIEZUP & HENDERSON LLP

                    By:
                       Michael B. McCauley

MMC:lr

PBH: 176357.1