UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| COMPANHIA DE NAVEGAÇÃO NORSUL, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MARINE SUPPLY NETWORK, LLC, ) <br> ) <br> Defendant. ) | CIVIL ACTION NO. 05-227-GMS <br><br> IN ADMIRALTY |

FILED
JUN 1 3 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**ENTRY OF DEFAULT**

It appears from the record that Marine Supply Network, LLC (Defendant) has failed to plead or otherwise defend in this case as required by law.

Therefore, default is entered against Defendant as authorized by Federal Rule of Civil Procedure 55(a).

*Peter T. Dalleo*
Clerk of Court

Date: 6/13/05         By: *Mane McDavid*
Deputy Clerk