# PALMER BIEZUP & HENDERSON LLP

COUNSELORS AT LAW

**PENNSYLVANIA**
620 CHESTNUT STREET, SUITE 956
PHILADELPHIA, PENNSYLVANIA 191063409
215 625 9900
FAX: 215 625 0185

**MARYLAND**
222 PRINCE GEORGE STREET, SUITE 102
ANNAPOLIS, MARYLAND 21401
410 267 0010
FAX: 410 267 0020

MICHAEL B. MCCAULEY
PARTNER
mccauley@pbh.com

**1223 FOULK ROAD**
**WILMINGTON, DELAWARE 19803**

302 594 0895 · 302 478 7443
FAX: 302 478 7625
pbh@pbh.com

**NEW YORK**
140 BROADWAY, 46TH FLOOR PMB 46030
NEW YORK, NEW YORK 10005
212 406 1855
FAX: 212 858 7651

**NEW JERSEY**
200 NORTH FIFTH STREET
CAMDEN, NEW JERSEY 08102-1204
856 428 7717
FAX: 856 338 1008

July 26, 2005

The Honorable Gregory M. Sleet
United States District Judge
J. Caleb Boggs Federal Building
844 N. King Street
Room 4324
Lockbox 19
Wilmington, DE 19801

Re:   Companhia de Navegação Norsul v. Marine Supply Network, LLC
      No. 05-227-GMS
      Our File: 1526-001

Dear Judge Sleet:

We represent the Plaintiff Companhia de Navegação Norsul in the above-referenced matter. The Complaint was filed on April 18, 2005, and service of process was effected on the defendant's Delaware registered agent on April 25, 2005.

On May 23, 2005, we filed a Motion for Entry of Default (D.I. 7) and a Motion for Entry of Default Judgment (D.I. 8) due to the defendant's failure to answer or respond to the complaint within the time permitted by the rules.

On May 25, 2005, Your Honor entered an Order (D.I. 9) granting the defendant five additional days to answer or otherwise respond to the complaint. Nineteen days later, on June 13, 2005, with the defendant still not having responded to the complaint, the Clerk entered the defendant's default (D.I. 11).

PBH: 177092.1

## PALMER BIEZUP & HENDERSON LLP

The Honorable Gregory M. Sleet
Re:     Companhia de Navegação Norsul
          No. 05-227-GMS
July 26, 2005
Page 2 of 2
_____

Six weeks have now passed since the entry of default and the defendant still has not answered the complaint or otherwise responded to this matter.  Accordingly, Plaintiff respectfully requests that its Motion for Default Judgment (D.I. 8) be granted.

Respectfully submitted,

PALMER BIEZUP & HENDERSON LLP

By:

Michael B. McCauley

MMC:lr

PBH: 177092.1