IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COMPANHIA DE NAVEGAÇÃO NORSUL, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 05-227 (GMS) |
| MARINE SUPPLY NETWORK, LLC, | ) ) ) | |
| Defendant. | ) | |

## ORDER

WHEREAS the Clerk of the Court entered default against the above-named defendant on June 13, 2005 (D.I. 11);

WHEREAS the court will hold a brief hearing in which both parties may present proofs regarding the damages to which the above-named plaintiff may be entitled.

IT IS HEREBY ORDERED THAT:

Representatives for both parties are to appear before the court on August 31, 2005, at 11:00 AM prepared to present proofs regarding damages.

July 28, 2005

UNITED STATES DISTRICT JUDGE

FILED
JUL 2 8 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE