UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COMPANHIA DE NAVEGAÇÃO NORSUL, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 05-227-GMS |
| | ) | |
| vs. | ) | IN ADMIRALTY |
| | ) | |
| MARINE SUPPLY NETWORK, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Frank P. DeGiulio to represent Companhia de Navegação Norsul in this action.

Respectfully submitted,

PALMER BIEZUP & HENDERSON LLP

Date: August 5, 2005

By: _____
Michael B. McCauley
1223 Foulk Road
Wilmington, DE 19803
(302) 594-0895
(302) 478-7625 (fax)
Attorneys for Plaintiff,
Companhia de Navegação Norsul

PBH: 177534.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania, the State of New Jersey, the State of Maryland, the United States Court of Appeals for the Third Circuit, the United States District Court for the Eastern District of Pennsylvania, the United States District Court for the District of New Jersey, and the United States District Court for the District of Maryland and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 will be submitted to the Clerk of Court upon the filing of this Motion.

Date: August 5th, 2005

Frank P. DeGiulio
PALMER BIEZUP & HENDERSON LLP
620 Chestnut Street
956 Public Ledger Building
Philadelphia, PA 19106
(215) 625-9900
(215) 625-0185 (fax)

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: _____      _____
                                   United States District Judge