| | |
|---|---|
| COMPANHIA DE NAVEGAÇÃO NORSUL, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 05-227-GMS |
| ) | |
| vs. ) | IN ADMIRALTY |
| ) | |
| MARINE SUPPLY NETWORK, LLC, ) | |
| ) | |
| Defendant. ) | |

### DECLARATION OF JOAQUIM GUIMARAES

JOAQUIM GUIMARAES hereby declares and says:

1. I am the Assistant Fleet Manager of Companhia de Navegação Norsul ("Norsul"), the Plaintiff herein, and I am duly authorized to make this Declaration on Norsul's behalf.

2. Norsul is a Brazilian ship-owning company, which, in early 2004, required certain marine engine parts for use on three of its oceangoing vessels.

3. In particular, Norsul required sealing rings, clamps, and oil scraper rings for use aboard the M/V NORSUL SANTOS; sealing rings, guide rings and tension springs for use aboard the M/V NORSUL RIO; and cylinder liners for use aboard the M/V NORSUL TUBARÃO.

4. Norsul solicited offers from several sources, including the defendant Marine Supply Network, LLC ("Marine Supply"), which held itself out as a reputable supplier of specialized marine engine parts.

PBH: 177889.1

1



5. On January 7, 2004, Marine Supply offered to sell Norsul the parts for use aboard the M/V NORSUL SANTOS for $1,189.38, which offer Norsul accepted on January 28, 2004. (See Exhibit A, attached hereto.) It was agreed that Norsul would pay the purchase price for these parts in advance.

6. On January 22, 2004, Marine Supply offered to sell Norsul the parts for use aboard the M/V NORSUL RIO for $1,781.28, which offer Norsul accepted on January 28, 2004. (See Exhibit B, attached hereto.) It was agreed that Norsul would pay the purchase price for these parts in advance.

7. On February 4, 2004, Norsul forwarded the sum of $2,970.66 via wire transfer to Marine Supply as full payment for the parts to be used aboard the M/V NORSUL SANTOS and the NORSUL RIO. (See Exhibit C, attached hereto.)

8. On or about February 13, 2004, Marine Supply offered to sell Norsul three cylinder liners for use on the M/V NORSUL TUBARÃO at a price of $7,571.43 per liner, which offer ~~Marine Supply~~ NORSUL accepted. (See Exhibit D, attached hereto.) It was agreed that Norsul would remit one-half of the purchase price of the liners in advance.

9. On February 16, 2004, Norsul forwarded the sum of $11,945.71 via wire transfer to Marine Supply, which sum consisted of $3,785.71, Norsul's agreed prepayment of one-half of the purchase price of one liner, plus $8,160.00, the cost of air shipping the liner to Rio de Janeiro for placement aboard the M/V NORSUL TUBARÃO. (See Exhibit E, attached hereto.)

10. On February 17, 2004, Norsul forwarded the sum of $16,139.42 via wire transfer to Marine Supply, which sum consisted of $7,571.42, Norsul's agreed prepayment of one-half of the purchase price of the other two liners, plus $8,568.00, the cost of air shipping one of the

PBH: 177889.1



liners to Rio de Janeiro for placement aboard the M/V NORSUL TUBARÃO. (See Exhibit F, attached hereto.)

11. Marine Supply did not perform any of its obligations to Norsul, did not deliver any of the parts for which Norsul paid, and to date has not returned any of the payments it received from Norsul.

12. As a result of Marine Supply's failure to perform its obligations, Norsul was compelled to pay €900.00 (approximately $1,104.30) for substitute sealing rings and €1,632.20 (approximately $1,934.32) for substitute guide rings and tension springs for use aboard the M/V NORSUL RIO. (See Exhibits G and H respectively, attached hereto.) The difference between the costs of the substitute parts ($3,038.62) and Marine Supply's contract price for these parts ($1,781.28) is $1,257.34.

13. As a further result of Marine Supply's failure to perform its obligations, Norsul was compelled to expend €36,593.48 (approximately $45,269.79) to obtain two substitute cylinder liners and have them air shipped to Rio de Janeiro for placement aboard the M/V NORSUL TUBARÃO. (See Exhibit I, attached hereto.) The difference between the cost of the substitute parts ($45,269.79) and Marine Supply's contract price for these two liners ($31,870.86) is $13,398.93.

14. As a further result of Marine Supply's failure to perform its obligations, Norsul was compelled to expend €8,228.46 (approximately $10,126.77) to obtain a third substitute cylinder liner and have it shipped by sea to Rio de Janeiro for placement aboard the M/V NORSUL TUBARÃO. (See Exhibit J, attached hereto.) The difference between the cost of the

substitute part ($10,126.77) and Marine Supply's contract price for the third liner ($7,571.43) is $2,555.34.

15. The following is a current statement of the particular items of Norsul's claim:

| | |
|---|---|
| Principal amount: | $47,010.06 |
| Prejudgment interest:[1] | $898.52 |
| Filing fee - Complaint: | $250.00 |
| Process server fee: | $35.00 |
| **Total sum due:** | **$49,193.58** |

16. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 30TH day of August, 2005.

_____
Joaquim Guimaraes



---

[1] Prejudgment interest is calculated from February 17, 2004, to August 31, 2005, at a rate of 1.24% (the weekly average 1-year constant maturity Treasury yield for the week ending February 13, 2004).


PBH: 177889.1

4