## Payment D04744334076 Details

| Field | Value |
|---|---|
| Preformat Code | MARINE SUPPLY |
| Debit Account Number | ▉▉▉▉▉▉ |
| Account Currency | USD |
| Account Name | COMPANHIA DE NAVEGACAO NORSUL |
| Payment Currency | USD |
| Payment Amount | 11,945.71 |
| Payment Method | Funds Transfer |
| Transaction Type | |
| Transaction Reference Number | D04744334076 |
| Confidential | No |
| Beneficiary Reference | |
| Intra Company | No |
| Number of Credit Parties | 2 Credit Party Transfer |
| Ordering Party Name / Address | COMPANHIA DE NAVEGACAO NORSUL<br>ATTN:MR. CARLOS ALBERTO MOTTA<br>AV AUGUSTO SEVERO 8-6 ANDAR<br>20021-040-RIO DE JANEIRO-RJ |
| Ordering Party ID Type | /ACCT/ |
| Ordering Party ID | ▉▉▉▉▉▉ |
| Value Date | 02/17/2004 |
| Priority Flag | No |
| Beneficiary Account or Other ID Type | /ACCT/ |
| Beneficiary Account or Other ID | ▉▉▉▉▉▉ |
| Beneficiary ID | Not a Bank |
| Beneficiary Name / Address | ▉▉▉▉▉▉ |
| Beneficiary Advice Type | None |
| Charges Indicator | Our |
| Beneficiary Bank Routing Method | SWIFT |
| Beneficiary Bank Routing Code | EFGBGRAA |
| Beneficiary Bank Account or Other ID Type | |
| Beneficiary Bank Account or Other ID | |
| Beneficiary Bank Name / Address | EFG EUROBANK ERGASIAS S.A.<br>8, OTHONOS STREET<br>ATHENS, GREECE<br>105 57 |
| Beneficiary Bank Advice Type | |
| First Intermediary Bank Routing Method | |
| First Intermediary Bank Routing ID | |
| First Intermediary Bank Name / Address | |
| Second Intermediary Bank Account or Other ID Type | |
| Second Intermediary Bank Account | |

Payment D04744334076 Details

| Field | Value |
|---|---|
| Object ID | |
| Second Intermediary Bank Advice Type | |
| Second Intermediary Bank Name / Address | |
| Payment Details | INVOICE MSNQ1053 |
| | |
| | |
| Submitted By | MARCIA LIMA |
| Submission Date/Time | 02/16/2004 11:54:09 |
| Status | Level 1 Authorization Required |
| SDF Status | |

ALL STATE LEGAL 800 222 0510  EDS11  RECYCLED