## Payment D04844430850 Details

| Field | Value |
|---|---|
| Perform Method | MARINE SUPPLY |
| Debit Account Number | |
| Account Currency | USD |
| Account Name | COMPANHIA DE NAVEGACAO NORSUL |
| Payment Currency | USD |
| Payment Amount | 16,139.42 |
| Payment Method | Funds Transfer |
| Payment Type | |
| Transaction Reference Number | D04844430850 |
| Confidential | No |
| Beneficiary Reference | |
| Intra-company | No |
| Number of Credit Parties | 2 Credit Party Transfer |
| Ordering Party Name / Address | COMPANHIA DE NAVEGACAO NORSUL<br>ATTN:MR. CARLOS ALBERTO MOTTA<br>AV AUGUSTO SEVERO 8-6 ANDAR<br>20021-040-RIO DE JANEIRO-RJ |
| Ordering Party ID Type | /ACCT/ |
| Ordering Party ID | |
| Value Date | 02/17/2004 |
| Priority Flag | No |
| Beneficiary Account or Other ID Type | /ACCT/ |
| Beneficiary Account or Other ID | |
| Beneficiary Is | Not a Bank |
| Beneficiary Name / Address | |
| Beneficiary Advice Type | None |
| Charges Indicator | Our |
| Beneficiary Bank Routing Method | SWIFT |
| Beneficiary Bank Routing Code | EFGBGRAA |
| Beneficiary Bank Account or Other ID Type | |
| Beneficiary Bank Account or Other ID | |
| Beneficiary Bank Name / Address | EFG EUROBANK ERGASIAS S.A.<br>8, OTHONOS STREET<br>ATHENS, GREECE<br>105 57 |
| Beneficiary Bank Advice Type | |
| First Intermediary Bank Routing Method | |
| First Intermediary Bank Routing ID | |
| First Intermediary Bank Name / Address | |
| Second Intermediary Bank Account or Other ID Type | |
| Second Intermediary Bank Account | |

## Payment D04844430850 Details

| | |
|---|---|
| (illegible) | |
| (illegible) | |
| (illegible) | |
| (illegible) | INVOICES 1002/1003 |
| (illegible) | |
| (illegible) | |
| (illegible) | MARCIA LIMA |
| (illegible) | 02/17/2004 12:08:29 |
| (illegible) | Level 1 Authorization Required |
| (illegible) | |

Case 1:05-cv-00227-GMS    Document 16-4    Filed 08/31/2005    Page 3 of 12

Página 1 de 2

## Pedro Henrique

| | |
|---|---|
| De: | Pedro Henrique |
| Enviado em: | quinta-feira, 11 de março de 2004 11:43 |
| Para: | fadel.fadel@wartsila.com |
| Cc: | 'suzana.lopes@wartsila.com'; AHLERS - GHENT (Jan Peeters); NRI (Norsul Rio); Hermes Alves |
| Assunto: | RLB 76 SEALING RING(R 23102) - PO + DELIVERY INSTRUCTIUONS - GEMAT 0271/04 |
| Prioridade: | Alta |

```
COMPANHIA DE NAVEGAÇÃO NORSUL
GEMAT 0271/04              MAR / 11TH

TO: WARTSILA
ATTN: MR. FADEL

RE: M/V NORSUL RIO

TOP URGENT***TOP URGENT***TOP URGENT***

Dear Sir,

As per our telcon we are approving your offer for 06 pieces of
sealing ring(R23102) for sulzer 6rlb 76 main engine total amount eur
900,00, please despatch urgent to our agent in Ghent (Belgium), M/V
Norsul Rio eta Mar 13th ets Mar 17th .
```

Hereby Agent full style for M/V Norsul Rio in Ghent:

Consignee:
Master of M/V Norsul Rio
C/O Ahlers Bridge n.v.
Port Arthurlaan 40
B-9000 Ghent
Belgium

Tel 24/24 hrs + 32 9 370 85 47
fax          + 32 9 259 17 04
e-mail : shipping@debaerdemaecker.com

manager agency dept. Mr. Marnix Niemegeers

boarding clerks :

Mr. Coone Carlo mobile + 32 495 51 44 13
Mr. La Force Didier mobile + 32 495 24 73 01

```
Best Regards  / Pedro Henrique
Purchase Dept.
Ph:+55 21 2508 0573(direct)
Fax:+55 21 2221 6058
```

11/3/2004

 

Page 1

**WÄRTSILÄ**
Wärtsilä Switzerland Ltd.

ACKNOWLEDGEMENT OF ORDER    3.267.402

Date: 11/03/2004

Your Reference:  
GEMAT 0271/04

Our Reference:  
5423-0102

Consignee:

Buyer:  
CIA DE NAVEGAÇÃO NORSUL  
Av. Augusto Severo, 8 - 6º andar - centro  
20021-040    Rio de Janeiro    RJ  
33.127.002/0002-86

Net weight:

Terms of delivery:  
FCA Amsterdam Airport (Inc. 2000)

Marks:  
NORSUL RIO  
6RLB76 - 6609  
5423-0102 / 3.267.402  
GEMAT 0271/04

Description of Goods:  
Spare parts for diesel engine

Terms of payment:  
Bank transfer 30 days net

General Condition of Supply:

Time of delivery:  
TOP URGENT

Prices in EUR

| Line | Code | Description | Unit Price | Qty | Amount |
|------|------|-------------|-----------|-----|--------|
| 0001 | R 23102 | SEALING RING,3-SEGM.(PISTON ROD-) | 150,00 | 6 | 900,00 |
| | | Total Goods | | | 900,00 |
| | | FCA charges | | | 54,00 |
| | | Total Amount    FCA Amsterdam Airport (Inc. 2000) | | EUR | 954,00 |



# WÄRTSILÄ

# invoice  No.  1152013    A/C: 4651020

Wärtsilä Switzerland Ltd

Date: 16.03.2004                              Page: 1

Cia. De Navegacao Norsul  
Rua Augusto Severo 8-6 andar Centro  
BR-20021-040 Rio de Janeiro / RJ

**Service, Parts Sales and Reconditioning**

| | |
|---|---|
| Official: | DE DONNO Costantina<br>Americas Srvc. Sales |
| Fax: | +4152 262 07 22 |
| Phone: | +4152 262 25 27 |

| Order No: | Issued: | Delivered: |
|---|---|---|
| 003267402 | 11.03.04 | 11.03.04 |

Your Reference:  
GEMAT 0271/04, PHONE MR.P. HENRIQUE

Installation:  
NORSUL RIO

Your Communication:  
5423-0102

| Engine Type: | No: |
|---|---|
| 06RLB 76 | 751 |

|  | EUR |
|---|---|
| Total items, as per attached page(s) | 900.00 |
| Insurance | 4.00 |
| Courier charges | 53.00 |
|  | 957.00 |
| VAT  W2  .00 %  of   957.00 | .00 |
| Grand Total    CIP GHENT, IT 2000 | 957.00 |

VAT/ID-No:  
Lieferung oder Dienstleistung im Ausland erbracht  
Enclosure:

Copy to:  
WBR

When paying, please indicate No. Invoice and A/C

Payments:  
Credit Suisse, CH-8401 Winterthur,  
Swift Code CRESCHZZ84A  
UBS, CH-8401 Winterthur,  
Swift Code UBSWCHZH84A

Yours faithfully  
Wärtsilä Switzerland Ltd  
Service, Parts Sales and Reconditioning

Terms of payment:  
100 % AGAINST SHIPPING DOCUMENTS

Wärtsilä Switzerland Ltd  
Wärtsilä Schweiz AG  
Wärtsilä Suisse SA

PO Box 414  
CH-8401 Winterthur  
Switzerland

VAT Register-No: 229 218  
Claims are admitted only within 14 days after receipt of the  
goods. Packing is not returnable.

DASSRD#1



# invoice

**No.** 1152013  **A/C:** 4651020

**Wärtsilä Switzerland Ltd**

Service, Parts Sales and Reconditioning

Specifications to Invoice:    Date: 16.03.2004    Page: 2

| Item | Ref | Qnty | Part Code / Description / Remarks | Unit Price EUR | Total Item EUR | VAT |
|---|---|---|---|---|---|---|
| 100 | | 6.00 | R 23102<br>SEALING RING, 3-SEGM. (PISTON ROD-) | 150.00 | 900.00 | W2 |
| | | | Total items | | 900.00 | |

DASSRD#5



# advice note

Wärtsilä Switzerland Ltd.

CIA. DE NAVEGACAO NORSUL
RUA AUGUSTO SEVERO, 8 - 6° ANDAR

BR 20021-040 RIO DE JANEIRO / RJ
BRAZIL

DELIVERY DATE: 11.03.04

DISPATCHED BY TNT-GLOBAL EXPRESS, PREPAID, CONSIGNED TO
AHLERS BRIDGE N.V., GHENT / BELGIUM

AIRWAYBILL-NO.  GE 303474326 WW

INSURANCE COVERED BY US.

1- WBR, ATTN. SUZANA LOPES

| Anzahl Nombre Number of cases | Verzeichnis Specification Particulars | Nettogewicht Poids net Net weight kg | Bruttogewicht Poids brut Gross weight kg |
|---|---|---|---|
|  | BNo. 3267402 <br><br>SPARE PARTS FOR DIESEL ENGINE TYPE 06RLB 76 NR 751 <br>*** PACKED EX BONDED STOCK MOERDIJK *** <br><br>WÄRTSILÄ SWITZERLAND LTD.   1 FIBREBOARD BOX <br>MV"NORSUL RIO"                 31 x 22 x 22 cms <br>5423-0102 <br>GEMAT 0271/04 <br>SHIP'S SPARES IN TRANSIT <br>GHENT / BELGIUM <br>3267402 |  |  |
| 6 | SEALING RING,3-SEGM.(PISTON ROD-) <br> 300x260x22 <br>R 23102 <br>ITEM NO.: 00100 <br><br>DC | 20,4 | 20,8 |

Wärtsilä Switzerland Ltd      PO Box 414          Tel. +41 52 262 49 22
Wärtsilä Schweiz AG            CH-8401 Winterthur  Fax +41 52 262 07 23
Wärtsilä Suisse SA             Switzerland         e-mail: costantina.dedonno@wartsila.com

H

4.MAR.2004  10:03       HTS HAMBURG  49 40 31783044                NR.654    S.3

 **Hamburger Technik Service GmbH**

HTS - Hamburger Technik Service GmbH

Schilfstraße 12 · 20457 Hamburg - Germany          <UST.-IdNr. DE118568661>
Tel: 040/31 69 50 - 27  · Fax: 040/31 69 51 ·      e-mail: hts@hts-hamburg.de

Date: 04.03.04

To    : COMPANHIA DE NAVEGACAO NORSUL

Att.  : Sr. Pedro Henrique
Vessel: "NORSUL TUBARAO"
From  : V. Fernandes
Ref.  : Your ref.: GEMAT 241/04         Our Qtn.:H03107vf

| Pos | Code no. | Qty. Unit | | EUR/each | EUR total |
|---|---|---|---|---|---|
| | | | for Sulzer M/E 5 RLB 56 | | |
| 1 | | 3 pcs | Cylinder Liner Multilevel P-21401 | 7000.00 | 21000.00 |
| | | | ADDITIONAL WE OFFER | | |
| 2 | | 3 pcs | Joint between cylinder cover and liner P-21410 | 15.80 | 47.40 |
| 3 | | 6 pcs | Rubber ring for water guide Jacket P-21411 | 14.00 | 84.00 |
| 4 | | 18 pcs | Rubber ring for cylinder liner P-21412 | 11.50 | 207.00 |
| 5 | | 24 pcs | Lubricating quill (non return valve complete  (21551-21556)) P-21550 | 91.00 | 2184.00 |
| | | | Total | EUR | 23522.40 |

Price     : Exworks unpacked, EUROPE
Del. time : stock
Subject unsold
Validity  : 03.05.04


Best regards

HTS Hamburger Technik Service GmbH

V. Fernandes

Geschäftsführer      Schilfstraße 12       Branch Offices in      Handelsregister        
Claus Geeking        20457 Hamburg         Japan (Kobe)           Hamburg HRB 4123

Página 1 de 2

**Pedro Henrique**

**De:** Pedro Henrique
**Enviado em:** quinta-feira, 11 de março de 2004 11:59
**Para:** 'hts@mediascape.de'
**Cc:** AHLERS - GHENT (Jan Peeters); NRI (Norsul Rio); Hermes Alves
**Assunto:** RLB 76 SPARES - PO + DELIVERY INSTRUCTIUONS - GEMAT 0271/04
**Prioridade:** Alta

```
COMPANHIA DE NAVEGAÇÃO NORSUL
GEMAT 0272/04            MAR / 11TH

TO: HTS
ATTN: MR. FERNANDES

RE: M/V NORSUL RIO
    RLB 76 SPARES ( GUIDE RING CPL ON GLAND BOX AND TENSION
SPRINGS)
```

**TOP URGENT***TOP URGENT***TOP URGENT****

Dear Sir,

As per our telcon we are approving your offer(H12649vf from Mar 11th )for for sulzer 6rlb 76 main enginespares total amount eur 1597,20, please despatch urgent to our agent in Ghent (Belgium),M/V Norsul Rio eta Mar 13th ets Mar 17th .

Hereby Agent full style for M/V Norsul Rio in Ghent:

Consignee:
Master of M/V Norsul Rio
C/O Ahlers Bridge n.v.
Port Arthurlaan 40
B-9000 Ghent
Belgium

Tel 24/24 hrs + 32 9 370 85 47
fax         + 32 9 259 17 04
e-mail : shipping@debaerdemaecker.com

manager agency dept. Mr. Marnix Niemegeers

boarding clerks :

Mr. Coone Carlo mobile + 32 495 51 44 13
Mr. La Force Didier mobile + 32 495 24 73 01

```
Best Regards  / Pedro Henrique
Purchase Dept.
Ph:+55 21 2508 0573(direct)
```

11/3/2004

146/04

# HTS Hamburger Technik Service GmbH



HTS Hamburger Technik Service GmbH · Schillstraße 12 · 20457 Hamburg

COMPANHIA DE NAVEGACAO NORSUL

Av.Augusto Severo 8, 6th Floor

20021 Rio de Janeiro

Brasil

Branch Offices in:
- Poland
- Japan (Kobe)
- Russia (Murmansk)
- Korea (Pusan)

| Your letter | Your ref. | Our ref. | Date |
|---|---|---|---|
| "NORSUL RIO" | | 040834-1 | 23.03.04 |
| **INVOICE No.** 40801 | | | |

| Pos. | Code no. | Qty. | Unit | Description | each | total |
|---|---|---|---|---|---|---|
| | | | | Order no.: GEMAT 825/03  271/04 | | |
| | | | | for Sulzer RLB 76 | | |
| | | | | Srl.no.: IMS 281 | | |
| 1 | | 6 | pcs | Guide ring cpl. on gland box R 23103 | 236.00 | 1416.00 |
| 2 | | 12 | pcs | Tension spring for scraper ring R 23125 | 4.00 | 48.00 |
| 3 | | 12 | pcs | Tension spring for clamps R 23126 | 4.35 | 52.20 |
| 4 | | 18 | pcs | Tension spring for oil scraper R 23127 | 4.50 | 81.00 |
| | | | | | | USD 1.935,81 |
| | | | | Packing and transport | | |
| 5 | | 1 | x | Packing/Handling/Fob Costs | 35.00 | 35.00 |
| 6 | | 1 | x | Freight charges to Ghent special Car | 520.00 | 520.00 |
| | | | | | | USD 672,66 |
| | | | | | | 2152.20 |
| | | | | invoice amount in Euro | | 2152.20 |
| | | | | invoice amount in DM | | 4209.34 |
| | | | | Payment: within 30 days net cash | | |



202.411 - MCP CNOTEN

MICROSIGA
VENC 23/04/04
05/04/04
LANCADO    VISTO





Geschäftsführer:
Claus Gerkens
Klaus Lüdemann
Steuer-Nr. 24/430/01398
USt.-IdNr DE118568661

Schillstraße 12 · 20457 Hamburg
Telefon: (040) 31 78 30-0
Telefax: (040) 31 68 51
e-mail: hts@hts-hamburg.de

Bankkonten:
Vereins- und Westbank (BLZ 200 300 00) Kto.Nr. 1004 555
Dresdner Bank (BLZ 200 800 00) Kto.Nr. 01 239 338 00
Deutsche Bank (BLZ 200 700 00) Kto.Nr. 663 563 501

Handelsregister
Hamburg HRB 41333
Erfüllungsort und
Gerichtsstand ist Hamburg