## Payment 090944117000MF70 Details

| | |
|---|---|
| Preformat Code | NTS |
| Debit Account Number | ▓▓▓▓ |
| Account Currency | USD |
| Account Name | COMPANHIA DE NAVEGACAO NORSUL |
| Payment Currency | EUR |
| Payment Amount | 2,723.50 |
| Payment Method | Cross Border Funds Transfer |
| Payment Type | Corporate Cross Border Funds Transfer |
| Transaction Reference Number | 090944117000MF70 |
| Confidential | No |
| Company Name / Address | COMPANHIA DE NAVEGACAO NORSUL<br>AV AUGUSTO SEVERO<br>RIO DE JANEIRO<br>RJ 20021-040 |
| Equivalent Currency | USD |
| Equivalent Amount | 3,238.79 |
| Ordering Party ID Type | |
| Ordering Party ID | |
| Ordering Party Name / Address | COMPANHIA DE NAVEGACAO NORSUL |
| Value Date | 04/28/2004 |
| Beneficiary Account or Other ID Type | /ACCT/ |
| Beneficiary Account or Other ID | ▓▓▓▓ |
| Beneficiary Name / Address | HAMBURGER TECHNIK SERVICE GMBH |
| Beneficiary Country Code | DE |
| Beneficiary Country Name | GERMANY |
| Beneficiary Bank Routing Method | GERMAN BANKLEITZAHL |
| Beneficiary Bank Routing Code | 20030000 |
| Beneficiary Bank Name / Address | VEREINS- UND WESTBANK<br><br>GROSSHANSDORF, GERMANY |
| Bank Details | |
| Payment Details | |
| Memo Details | |
| Customer Reference Number | |
| Charges Indicator | Our |
| Submitted By | MARCIA LIMA |
| Submission Date/Time | 04/26/2004 11:20:38 |
| Status | CB Accepted |
| Sub-Status | |

**GRANEL**
SIGA/FINR150/V-AP6 6.09
Hora...: 10:23.24

Posicao dos Titulos a Pagar em Tx. US Dolar - Por Numero - Anal

| Codigo-Nome do Fornecedor | PRF-Numero Parcela | Tp | Natureza | Data de Emissao | Vencto Titulo | Vencto Real | Valor Original | Titulos vencidos Valor nominal | Valor corrigido | Porta- dor | Vlr.juros ou permanencia | Dias Atraso | Historico/Ve | Titulos a vencer Valor nominal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P0635 -HTS | -40801 -1 | PR | 202411 | 23/03/04 | 26/04/04 | 26/04/04 | 1.935,81 | | | | | | MAT MBC MCP | 1.935,81 |
| P0635 -HTS | -40801 -2 | PR | 202503 | 23/03/04 | 26/04/04 | 26/04/04 | 672,66 | | | | | | FRETES/CARRE | 672,66 |
| P0635 -HTS | -40835 -1 | PR | 202411 | 24/03/04 | 24/04/04 | 26/04/04 | 644,09 | | | | | | MAT MBC MCP | 644,09 |
| P0635 -HTS | -40835 -2 | PR | 202503 | 24/03/04 | 24/04/04 | 26/04/04 | 48,49 | | | | | | FRETES/CARRE | 48,49 |

TOTAL GERAL ----> (4 MOVIMENTACOES)      3.301,05      0,00      0,00                  0,00      3.301,05

£ 2.793,50.

microsiga

Hora T

Case 1:05-cv-00227-GMS    Document 16-5    Filed 08/31/2005    Page 3 of 11

Página 1 de 1

## Pedro Henrique

**De:**        Pedro Henrique
**Enviado em:** sexta-feira, 5 de março de 2004 10:59
**Para:**      'hts@mediascape.de'
**Assunto:**   PURCHASE ORDER - M/V NORSUL TUBARÃO - GEMAT 0241/04(YRS H03107vf)
**Prioridade:** Alta

COMPANHIA DE NAVEGAÇÃO NORSUL
GEMAT 0241/04            MAR / 05TH

TO: HTS
ATTN: MR. FERNANDES

RE: M/V NORSUL TUBARÃO
    SULZER 5RLB 56 MAIN ENGINE

## TOP URGENT*** TOP URGENT*** TOP URGENT***

Dear Sir,

Based on your telcon with Mr. Carloni, we are approving your offer
(H03107vf) for our GEMAT 0241/04 amount eur 23522,40 3% off
reverting a new total amount eur 22816,73, please confirm the
receipment of this of this order, the shipping isntructions will be
send sooner.

Best Regards  / Pedro Henrique
Purchase Dept.
Ph:+55 21 2508 0573(direct)
Fax:+55 21 2221 6058
email: pedro.henrique@norsul.com

5/3/2004

Página 1 de 1

**Pedro Henrique**

**De:**        Pedro Henrique
**Enviado em:** sexta-feira, 5 de março de 2004 11:04
**Para:**       'hts@mediascape.de'
**Assunto:**   DELIVERY INSTRCTIONS - CYLINDER LINERS RLB 56 - M/V NORSUL TUBARÃO - 0241/04
**Prioridade:** Alta

```
COMPANHIA DE NAVEGAÇÃO NORSUL
GEMAT 0241/04                MAR / 05TH

TO: HTS
ATTN: MR. FERNANDES

RE: M/V NORSUL TUBARÃO
    SULZER 5RLB 56 MAIN ENGINE


TOP URGENT*** TOP URGENT*** TOP URGENT***

Dear Sir,

PLEASE DESPATCH TWO(2) CYLINDER LINERS URGENT BY REGULAR AIRFREIGHT
TO RIO AND SEND WITH THE MAWB THE ORIGINAL INVOICE AND THE PACKING
LIST,SEND US THE COPIES BY FAX OR EMAIL:

CONSIGNEE:
MASTER OF M/V NORSUL TUBARÃO
C/O Companhia de Navegação Norsul
AV AUGUSTO SEVERO, 8-6 ANDAR
CENTRO- RIO DE JANEIRO-RJ
CEP.: 20021-040 BRASIL
33.127.002/0002-86

Best Regards  / Pedro Henrique
Purchase Dept.
Ph:+55 21 2508 0573(direct)
Fax:+55 21 2221 6058
email: pedro.henrique@norsul.com
```

5/3/2004

# HTS Hamburger Technik Service GmbH



HTS Hamburger Technik Service GmbH · Schiffstraße 12 · 20457 Hamburg

COMPANHIA DE NAVEGACAO NORSUL

Av.Augusto Severo 8, 6th Floor

20021 Rio de Janeiro
CEP: 20021-040
Brasil

33.127.002/0002-86

Branch Offices in:

 Poland

 Japan (Kobe)

 Russia (Murmansk)

 Korea (Pusan)

| Your letter | Your ref. | Our ref. | Date |
|---|---|---|---|
| "NORSUL TUBARAO" | | 040789-1 | 08.03.04 |

INVOICE No.   40645

| Pos. | Code no. | Qty | Unit | | each | total |
|---|---|---|---|---|---|---|
| | | | | We delivered according to your order GEMAT 0241/04 for M/V "NORSUL TUBARAO" the following items: | | |
| | | | | For Sulzer M/E 5 RLB 56 =================================== | | |
| 1 | | 2 | pcs | Cylinder Liner Multilevel P-21401 | 6790.00 | 13580.00 |
| 2 | | 2 | pcs | Joint between cylinder cover and Liner P-21410 | 15.30 | 30.60 |
| 3 | | 4 | pcs | Rubber ring for water guide Jacket P-21411 | 13.58 | 54.32 |
| 4 | | 12 | pcs | Rubber ring for cylinder liner P-21412 | 11.16 | 133.92 |
| 5 | | 12 | pcs | Lubricating quill (non return valve complete (21551-21556)) P-21550 | 88.27 | 1059.24 |
| 6 | | 2 | x | mounting of tubes and dowels | 650.00 | 1300.00 |
| | | | | Packing and transport =================================== | | |
| 7 | | 1 | x | Packing/Handling/FOB Costs | 598.00 | 598.00 |
| 8 | | 1 | x | Freight Charges | 19837.40 | 19837.40 |
| | | | | | | 36593.48 |

Geschäftsführer
Claus Gehrens
Klaus Lüdemann
Steuer-Nr. 21/743...
USt-IdNr. DE 118...

Schiffstraße 12  20457 Hamburg
Telefon  ...
Telefax  ...
e-mail  hts@...hamburg.de

Bankkonten
Vereins- und Westbank (BLZ ...) Konto-Nr. ...
Dresdner Bank (BLZ ...) Konto-Nr. ...
Deutsche Bank (BLZ ...) Konto-Nr. ...

Handelsregister
Hamburg HRB ...
Erfüllungsort und
Gerichtsstand Hamburg

 **HTS** Hamburger Technik Service GmbH 

Page ......2...... to Invoice No.     40645

| Pos. | Code no. | Qty. | Unit | | each | total |
|------|----------|------|------|------|------|-------|
| | | | | Over | | 36593.48 |
| | | | | | | 36593.48 |
| | | | | invoice amount   in Euro | | 36593.48 |
| | | | | invoice amount   in DM | | 71570.63 |
| | | | | | | ========= |

Payment: within 30 days net cash

total:  2 cases - 3500,-kgs.
==============================
case-no.1    1750,-kgs. 211x108x125 cm
case-no.2    1750,-kgs. 211x108x125 cm

H T S
Hamburger Technik Service GmbH
Schiffstraße 2 - ☎ (040) 31 78 30- 0
Telex 21 35 482, Telefax (040) 31 895)
D - 20457 Hamburg

Geschäftsführer:        Schiffstraße 12          Branch Offices in:       Handelsregister
Claus Gerkens           20457 Hamburg            Japan (Kobe)             Hamburg HRB 41833
Klaus Lüdemann          Telefon  (040) 31 78 30-0   Korea (Pusan)           Erfüllungsort und
Michael Weber           Telefax  (040) 31 68 51     Russia (Murmansk)        Gerichtsstand ist Hamburg
USt-IdNr. DE118565661   e-mail hts@mediascape.de   Poland



Página 1 de 1

## Pedro Henrique

| | |
|---|---|
| **De:** | Pedro Henrique |
| **Enviado em:** | segunda-feira, 8 de março de 2004 09:35 |
| **Para:** | 'hts@mediascape.de' |
| **Cc:** | 'fernandes@mediascape.de' |
| **Assunto:** | CYLINDER LINER SULZER 5RLB 56 MAIN ENGINE - M/V NORSUL TUBARÃO - GEMAT 0241/04 |

Dear Mr Fernandes,

We want you to send the last cylinder liner to Brasil by seafreight, but we will
have to take care of some details in a way of not cause problems for us, in the
moment of the customs clearance, to help me with this I will need some info for
you few days before the shipment of the goods in a way to let me able send this
info to the customs and get the waver for this shipment.

Hereby the Request from customs before authorize the shipment.

AA) B/L number
BB) Goods full description
CC) G/W
DD) Shipper
EE) Country of Origin
FF) Loading Port
GG) Download Port
HH) Vessel
II) Vessel Owner
JJ) ETD for the Vessel

CONSIGNEE:
MASTER OF M/V NORSUL TUBARÃO
C/O Companhia de Navegação Norsul
AV AUGUSTO SEVERO, 8-6 ANDAR
CENTRO- RIO DE JANEIRO-RJ
CEP.: 20021-040 BRASIL
33.127.002/0002-86

Best Regards  / Pedro Henrique
Purchase Dept.
Ph:+55 21 2508 0573(direct)
Fax:+55 21 2221 6058
email: pedro.henrique@norsul.com

8/3/2004

26.MAI.2004  15:25    HTS LOGISTIC                        NR.931    S.3/4

# HTS  Hamburger Technik Service GmbH


HTS Hamburger Technik Service GmbH · Schillstraße 12 · 20357 Hamburg

COMPANHIA DE NAVEGACAO NORSUL

Av.Augusto Severo 8, 6th Floor

20021 Rio de Janeiro

Brasil



Branch Offices in:

 Poland

 Japan (Kobe)

 Russia (Murmansk)

 Korea (Pusan)

| Your letter | Your ref. | Our ref. | Date |
|---|---|---|---|
| "NORSUL TUBARAO" | | 040862-1 | 24.05.04 |

**INVOICE No.**        41433

| Pos. | Code no. | Qty. | Unit | | each | total |
|---|---|---|---|---|---|---|
| | | | | We delivered according to your order GEMAT 0241/04 for M/V "NORSUL TUBARAO" the following items: | | |
| | | | | For Sulzer 5 RLB 56 | | |
| 1 | | 1 | pce | Cylinder liner Multilevel with sealing rings complete P-21401, 410, 411, 412 | 6966.38 | 6966.38 |
| | | | | Packing and transport | | |
| 2 | | 1 | x | Packing/Handling/FOB Costs | 298.00 | 298.00 |
| 3 | | 1 | x | Freight Charges Osaka-Hamburg-Rio | 964.08 | 964.08 |
| | | | | | | 8228.46 |
| | | | | invoice amount  in Euro | | 8228.46 |
| | | | | invoice amount  in DM | | 16093.47 |
| | | | | Payment: within 30 days net cash | | |

26.MAI.2004  15:23    HTS LOGISTIC                    NR.931   S.1/4

 **Hamburger Technik Service GmbH**

Schilfstr. 12, D-20457 Hamburg

Tel. 040-317 830-34        Fax 040-317 830 35        Telex 2 16 54 52

Date:  Mai 26, 2004                    Time: 16:08

TELEFAX MESSAGE consisting of  4   page<s> including this cover.

To    : Companhia de Navegacao Norsul

cc.   : Tandibras, Mr.Eduardo Rios

Attn. : Mr.Pedro Henrique - Purchase Dept.

From  : Rainer Ebbersmeyer

Ref.  : MV"Norsul Tubarao" - 1 case cylinder liner 1536,-kgs.

---------------------------------------------------------------

We shipped on 10.05.04 with MV"Alianca Europa" from Hamburg to

Rio de Janeiro via Sepetiba. The vessel arrive Rio on about 28.05.04.

The original B/L and Invoice sent we to Tandibras.

Many thanks and best regards

Rainer Ebbersmeyer