IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMPANHIA DE NAVEGAÇÃO NORSUL, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 05-227 (GMS) |
| MARINE SUPPLY NETWORK, LLC, | ) ) ) ) |
| Defendant. | ) |

### ORDER

WHEREAS, on August 31, 2005, at 11:00 a.m., the court held a hearing in the above-captioned matter to ascertain the damages owed to the plaintiff by the defendant;

WHEREAS the plaintiff submitted the sworn declaration of one Joaquim Guimaraes, the Assistant Fleet Manager of the plaintiff, in which he outlines the damage his company incurred as a result of the defendant's conduct;

WHEREAS attached to the declaration are photocopies of various receipts, emails, and money transfer orders in support of Guimaraes' claims; and

WHEREAS after reviewing the declaration and its supporting attachments, the court will order judgment to be entered in the plaintiff's favor against the defendant in the amount of $49,193.58.

IT IS HEREBY ORDERED THAT:

Judgment in the amount of $49,193.58 be entered in the plaintiff's favor against the defendant.

Dated: September _1_, 2005

UNITED STATES DISTRICT JUDGE

FILED

SEP 1 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE